Civil Action No.: **4:21−CV−00196−MWB**

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) _Geisinger Health_

was received by me on (date) _2/4/2021_.

☐ I personally served the summons on the individual at (place) _____
_____ on (date) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____
_____, a person of suitable age and discretion who resides there,
on (date) _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on (name of individual) _Paula Auman_, who is designated by law to accept service of process on behalf of (name of organization) _Geisinger Health_ — _medical Records Specialist_ on (date) _2/5/2021_ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other (specify) :

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

_2/5/2021_
Date

_[signature]_
Server's Signature

_Matthew Herring_
Printed name and title

_Po Box 476, Pine Grove PA 17963_
Server's Address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
## MIDDLE DISTRICT OF PENNSYLVANIA

| NICHOLE LEIB, ET AL. | |
|---|---|
| *Plaintiff* | Civil Action No.: |
| v. | **4:21−CV−00196−MWB** |
| | Hon. Matthew W. Brann |
| **GEISINGER HEALTH, ET AL.** | |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

   SEE COMPLAINT

   A lawsuit has been filed against you.

   Within 21 days after service of this summons on you (not counting the day you received it) −−− or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) −−− you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

   Shanon J Carson
   Berger Montague PC
   1818 Market St.
   Suite 3600
   Philadphia, PA 19103

   If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**PETER J. WELSH**

*CLERK OF COURT*

s/ − **Nicole R Reynolds**

*Signature of Clerk or Deputy Clerk*

ISSUED ON 2021−02−04 09:06:58, Clerk USDC MDPA