## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF APPLICATION FOR      :
ADMISSION TO PRACTICE IN THIS COURT  :

## **PETITION**

I  Eric L. Cramer                              , hereby petition the United States District
Court for the Middle District of Pennsylvania to admit me to practice before that Court.  In
support of my petition, I state as follows:

My office address is:        Berger Montague PC

                              1818 Market Street, Suite 3600

                              Philadelphia, PA 19103

        Office Telephone:    (215) 875-3000

        I was admitted to practice before the Courts listed below on the date shown after
the name of each Court, and I am currently a member in good standing of all those Courts.

  See Attachment A

My attorney Identification number is:    PA Bar #69289

| FOR COURT USE ONLY |
| --- |
| _____  GENERAL ADMISSION: |
| GRANTED BY THE COURT: _____    Date: _____ |
| __X__  SPECIAL ADMISSION: |
| GRANTED BY THE COURT  *s/ Matthew W. Brann*    Date: 2/11/2021 |
| United States District Judge |