UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF APPLICATION FOR :
ADMISSION TO PRACTICE IN THIS COURT :

# PETITION

I, __Daniel J. Walker__, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My office address is: __Berger Montague PC__

__2001 Pennsylvania Avenue, Suite 300__

__Washington, D.C. 20006__

Office Telephone: __(202) 559-9745__

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

__See Attachment A__

My attorney Identification number is: __DC Bar #219439__

| FOR COURT USE ONLY | |
|---|---|
| _____ GENERAL ADMISSION: | |
| GRANTED BY THE COURT: _____ | Date: _____ |
| __X__ SPECIAL ADMISSION: | |
| GRANTED BY THE COURT __s/ Matthew W. Brann__<br>United States District Judge | Date: __2/11/2021__ |