UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF APPLICATION FOR     :
ADMISSION TO PRACTICE IN THIS COURT  :

# PETITION

I  Mark R. Suter  , hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My office address is:    Berger Montague PC

1818 Market Street, Suite 3600

Philadelphia, PA 19103

Office Telephone:   (215) 875-3000

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

Supreme Court of Pennsylvania - December 5, 2016

My attorney Identification number is:  PA Bar #322922

FOR COURT USE ONLY

_____ GENERAL ADMISSION:

GRANTED BY THE COURT: _____     Date: _____

__X__ SPECIAL ADMISSION:

GRANTED BY THE COURT   s/ Matthew W. Brann     Date: 2/11/2021
                       United States District Judge