# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF APPLICATION FOR     :
ADMISSION TO PRACTICE IN THIS COURT  :

## PETITION

I, ADAM J. ZAPALA, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My office address is:   Cotchett, Pitre & McCarthy, LLP

840 Malcolm Road, Suite 200

Burlingame, CA 94010

Office Telephone:   (650) 697-6000

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

| Court | Date |
|---|---|
| California Supreme Court | 12/05/2006 |
| US District Court, Northern District of California | 03/06/2007 |
| US District Court, Central District of California | 04/03/2012 |
| US District Court, Eastern District of California | 04/02/2012 |
| US District Court, Southern District of California | 05/18/2009 |
| US District Court. District of Michigan | 09/14/2012 |
| Second Circuit Court of Appeals | 06/04/2019 |
| Sixth Circuit Court of Appeals | 02/22/2018 |
| Ninth Circuit Court of Appeals | 11/21/2014 |
| District of Columbia Circuit Court of Appeals | 07/15/2019 |
| United States Supreme Court | 01/08/2018 |

My attorney Identification number is:   245748

---

FOR COURT USE ONLY

_____ GENERAL ADMISSION:

GRANTED BY THE COURT: _____     Date: _____

__X__ SPECIAL ADMISSION:

GRANTED BY THE COURT   *s/ Matthew W. Brann*     Date: 2/12/2021
United States District Judge