# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF APPLICATION FOR     :
ADMISSION TO PRACTICE IN THIS COURT  :

## PETITION

I, ELIZABETH CASTILLO, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My office address is:    Cotchett, Pitre & McCarthy, LLP

840 Malcolm Road, Suite 200

Burlingame, CA  94010

Office Telephone:   (650) 697-6000

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

| Court | Date |
|---|---|
| California Supreme Court | 12/09/2011 |
| US District Court, Northern District of California | 10/11/2012 |
| US District Court, Central District of California | 08/11/2014 |
| US District Court, Eastern District of California | 02/26/2015 |
| US District Court. District of Michigan | 12/05/2012 |
| Sixth Circuit Court of Appeals | 11/06/2017 |
| Ninth Circuit Court of Appeals | 01/23/2015 |

My attorney Identification number is:  280502

---

FOR COURT USE ONLY

_____ GENERAL ADMISSION:

GRANTED BY THE COURT: _____     Date: _____

__X__ SPECIAL ADMISSION:

GRANTED BY THE COURT  _s/ Matthew W. Brann_     Date: 2/12/2021
United States District Judge