## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF APPLICATION FOR    :
ADMISSION TO PRACTICE IN THIS COURT  :

## <u>PETITION</u>

I, __TAMARAH P. PREVOST_____, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My office address is:     Cotchett, Pitre & McCarthy, LLP

         840 Malcolm Road, Suite 200

         Burlingame, CA  94010

    Office Telephone:  (650) 697-6000

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

| | |
|---|---|
| California Supreme Court | 12/09/2016 |
| US District Court, Northern District of California | 02/24/2017 |
| US District Court, Central District of California | 02/16/2017 |

My attorney Identification number is: __313422_____

---

FOR COURT USE ONLY

_____GENERAL ADMISSION:

GRANTED BY THE COURT: _____    Date: _____

___X___SPECIAL ADMISSION:

GRANTED BY THE COURT    *s/ Matthew W. Brann*    Date:__2/12/2021___
                 United States District Judge