UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF APPLICATION FOR     :
ADMISSION TO PRACTICE IN THIS COURT  :

## PETITION

I, __JAMES GERARD BEEBE DALLAL___, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My office address is:     Cotchett, Pitre & McCarthy, LLP

                                840 Malcolm Road, Suite 200

                                Burlingame, CA 94010

Office Telephone:    (650) 697-6000

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

| California Supreme Court | 11-01/2011 |
|---|---|
| US District Court, Northern District of California | 08/30/2012 |
| US District Court, Central District of California | 09/01/2020 |
| Ninth Circuit Court of Appeals | 01/04/2014 |

My attorney Identification number is: __277826__

| FOR COURT USE ONLY | |
|---|---|
| _____ GENERAL ADMISSION: | |
| GRANTED BY THE COURT: _____ | Date: _____ |
| __X__ SPECIAL ADMISSION: | |
| GRANTED BY THE COURT    *s/ Matthew W. Brann* <br>                                       United States District Judge | Date: 2/12/2012 |