# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF APPLICATION FOR      :
ADMISSION TO PRACTICE IN THIS COURT  :

## PETITION

I, ALEXANDER E. BARNETT                    , hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My office address is:        Cotchett, Pitre & McCarthy, LLP
                             10 Worth Street, 10th Floor
                             _____
                             New York, NY  10013
Office Telephone:     (212) 201-6820

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

| | |
|---|---|
| New York Bar | 1993 |
| District of Columbia | 1994 |
| US District Court, Eastern District of New York | 2001 |
| US District Court, Southern District of New York | 2001 |
| US District Court, Western District of New York | 2006 |
| US District Court, District of Columbia | 1998 |
| US Court of Appeals, Second Circuit | 2016 |

*In addition to the above-listed courts, I was admitted to the US District Court for the Southern District of Illinois in 2003 and the US Northern District of New York in 2006; however, I did not renew my admissions in those courts, and the admissions have lapsed.

My attorney Identification number is:   NY Bar # 2522696; DC Bar # 444214

---

FOR COURT USE ONLY

_____GENERAL ADMISSION:

GRANTED BY THE COURT: _____     Date: _____

__X__SPECIAL ADMISSION:

GRANTED BY THE COURT   _s/ Matthew W. Brann_____     Date: _2/17/2021_____
                        United States District Judge