# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NICHOLE LEIB, KEVIN BROKENSHIRE, and DIANE WEIGLEY, individually and on behalf of all others similarly situated, | : : : : : : : | |
| Plaintiffs | : : | |
| v. | : : | NO. 4:21-cv-00196-MWB |
| GEISINGER HEALTH and EVANGELICAL COMMUNITY HOSPITAL, | : : : : | CLASS ACTION<br><br>JURY TRIAL DEMANDED |
| Defendants | : | |

## ENTRY OF APPEARANCE

Please enter the appearance of Carol Steinour Young for Defendant Evangelical Community Hospital in the above matter.

McNEES WALLACE & NURICK LLC

By /s/ Carol Steinour Young
    Carol Steinour Young
    PA I.D. No. 55969
    Devin J. Chwastyk
    PA I.D. No. 91852
    100 Pine Street

P. O. Box 1166
Harrisburg, PA 17108-1166
(717) 232-8000
csteinour@mcneeslaw.com
dchwastyk@mcneeslaw.com

*Attorneys for Defendant Evangelical Community Hospital*

Dated: February 17, 2021

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day served a copy of the foregoing document to all parties of record through the Court's electronic filing system.

Dated:  February 17, 2021                    /s/ Carol Steinour Young
                                                                  Carol Steinour Young