## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

NICHOLE LEIB, KEVIN     :
BROKENSHIRE, and DIANE    :
WEIGLEY, individually and on  :
behalf of all others similarly   :
situated,                             :
                                :
           Plaintiffs     :
                                :
        v.               :     NO. 4:21-cv-00196-MWB
                                :
GEISINGER HEALTH and     :     CLASS ACTION
EVANGELICAL COMMUNITY  :
HOSPITAL,               :     JURY TRIAL DEMANDED
                                :
       Defendants    :

## <u>ENTRY OF APPEARANCE</u>

Please enter the appearance of Devin J. Chwastyk for Defendant

Evangelical Community Hospital in the above matter.

                         McNEES WALLACE & NURICK LLC

                         By <u>/s/ Devin J. Chwastyk</u>
                              Carol Steinour Young
                              PA I.D. No. 55969
                              Devin J. Chwastyk
                              PA I.D. No. 91852
                              100 Pine Street

P. O. Box 1166
Harrisburg, PA  17108-1166
(717) 232-8000
csteinour@mcneeslaw.com
dchwastyk@mcneeslaw.com

*Attorneys for Defendant Evangelical
Community Hospital*

Dated:  February 17, 2021

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the foregoing document to all parties of record through the Court's electronic filing system.


Dated:  February 17, 2021                    /s/ Devin J. Chwastyk
                                                                    Devin J. Chwastyk