# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NICHOLE LEIB, KEVIN BROKENSHIRE and DIANE WEIGLEY, Individually and on behalf of all others similarly situated, | : : : : : : | |
| Plaintiffs, | : : | |
| v. | : : | NO. 21-CV-196 |
| GEISINGER HEALTH and EVANGELICAL COMMUNITY HOSPITAL, | : : : : | JUDGE BRANN<br><br>CLASS ACTION |
| Defendants. | : : | ELECTRONICALLY FILED |

## ENTRY OF APPEARANCE

Kindly enter our appearance as counsel for Defendant Geisinger Health in the above-referenced matter.

                                                Respectfully submitted,

                                                /s/ Daniel T. Brier
                                                Daniel T. Brier (PA ID 53248)
                                                dbrier@mbklaw.com
                                                Donna A. Walsh (PA ID 74833)
                                                dwalsh@mbklaw.com
                                                Richard L. Armezzani (PA ID 322804)
                                                rarmezzani@mbklaw.com

Myers, Brier & Kelly, LLP        Attorneys for Defendant, Geisinger Health
425 Spruce Street, Suite 200
Scranton, PA 18503
(570) 342-6100

Date:  February 17, 2021

# CERTIFICATE OF SERVICE

I, Daniel T. Brier, hereby certify that a true and correct copy of the foregoing Entry of Appearance was served upon the following counsel of record via the Court's ECF system on this 17th day of February 2021:

Shanon J. Carson, Esquire
Eric Leon Cramer, Esquire
Mark Suter, Esquire
Berger Montague PC
1818 Market Street, Suite 3600
Philadelphia, PA  19103

Adam J. Zapala, Esquire
Elizabeth Tran Castillo, Esquire
James Gerard Beebe Dallal, Esquire
Reid Wilson Wayman Gaa, Esquire
Tamarah P. Prevost, Esquire
Cotchett, Pitre & McCarthy, LLP
840 Malcolm Road, Suite 200
Burlingame, CA  94010

Alexander E. Barnett, Esquire
Cotchett, Pitre & McCarthy, LLP
40 Worth Street, 10th Floor
New York, NY  10023

David J. Walker, Esquire
Berger Montague PC
2001 Pennsylvania Avenue NW, Suite 300
Washington, DC  20006

Carol Steinour Young, Esquire
Devin J. Chwastyk, Esquire
McNees, Wallace & Nurick, LLC
100 Pine Street
Harrisburg, PA  17108


                                          /s/ Daniel T. Brier
                                          Daniel T. Brier