IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NICHOLE LEIB, KEVIN BROKENSHIRE and DIANE WEIGLEY, Individually and on behalf of all others similarly situated, | : : : : : : | |
| Plaintiffs, | : : | |
| v. | : : | NO. 21-CV-196 |
| GEISINGER HEALTH and EVANGELICAL COMMUNITY HOSPITAL, | : : : : : | JUDGE BRANN  CLASS ACTION |
| Defendants. | : | ELECTRONICALLY FILED |

## ENTRY OF APPEARANCE

Kindly enter our appearance as counsel for Defendant Geisinger Health in the above-referenced matter.

                                              Respectfully submitted,

                                              /s/ Daniel T. Brier
                                              Daniel T. Brier (PA ID 53248)
                                              dbrier@mbklaw.com
                                              Donna A. Walsh (PA ID 74833)
                                              dwalsh@mbklaw.com
                                              Richard L. Armezzani (PA ID 322804)
                                              rarmezzani@mbklaw.com

Myers, Brier & Kelly, LLP         Attorneys for Defendant, Geisinger Health
425 Spruce Street, Suite 200
Scranton, PA 18503
(570) 342-6100

Date:  February 17, 2021

## CERTIFICATE OF SERVICE

I, Daniel T. Brier, hereby certify that a true and correct copy of the foregoing Entry of Appearance was served upon the following counsel of record via the Court's ECF system on this 17th day of February 2021:

>Shanon J. Carson, Esquire
>Eric Leon Cramer, Esquire
>Mark Suter, Esquire
>Berger Montague PC
>1818 Market Street, Suite 3600
>Philadelphia, PA  19103
>
>Adam J. Zapala, Esquire
>Elizabeth Tran Castillo, Esquire
>James Gerard Beebe Dallal, Esquire
>Reid Wilson Wayman Gaa, Esquire
>Tamarah P. Prevost, Esquire
>Cotchett, Pitre & McCarthy, LLP
>840 Malcolm Road, Suite 200
>Burlingame, CA  94010
>
>Alexander E. Barnett, Esquire
>Cotchett, Pitre & McCarthy, LLP
>40 Worth Street, 10th Floor
>New York, NY  10023
>
>David J. Walker, Esquire
>Berger Montague PC
>2001 Pennsylvania Avenue NW, Suite 300
>Washington, DC  20006

Carol Steinour Young, Esquire
Devin J. Chwastyk, Esquire
McNees, Wallace & Nurick, LLC
100 Pine Street
Harrisburg, PA  17108


        <u>/s/ Daniel T. Brier</u>
        Daniel T. Brier