UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF APPLICATION FOR    :
ADMISSION TO PRACTICE IN THIS COURT :

# PETITION

I, Norman A. Armstrong, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My office address is: King & Spalding LLP
1700 Pennsylvania Avenue, NW
Washington, DC 20006

Office Telephone: (202) 626-8979

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

District of Columbia Court of Appeals (1998; Bar No. 459621); Court of Appeals of Maryland (1996; Bar No. 19960605001); United States District Court for the District of Columbia (April 3, 2017)

My attorney Identification number is: DC Bar No. 459621

---

FOR COURT USE ONLY

_____ GENERAL ADMISSION:

GRANTED BY THE COURT: _____    Date: _____

__X__ SPECIAL ADMISSION:

GRANTED BY THE COURT  *s/ Matthew W. Brann*    Date: 2/18/2021
                      United States District Judge