UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF APPLICATION FOR    :
ADMISSION TO PRACTICE IN THIS COURT  :

**PETITION**

I, Chahira Solh, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My office address is: Crowell & Moring LLP

3 Park Plaza, 20th Floor

Irvine, CA  92614

Office Telephone: 949.263.8400

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

California U.S. District Court, Central District:  July 16, 2007; California U.S. District Court, Northern District, San Francisco Division:  July 26, 2007; California U.S. District, Southern District, San Diego:  July 17, 2007; and U.S. Court of Appeals, Ninth Circuit:  September 14, 2012.

My attorney Identification number is: 248985

FOR COURT USE ONLY

_____ GENERAL ADMISSION:

GRANTED BY THE COURT: _____    Date: _____

__X__ SPECIAL ADMISSION:

GRANTED BY THE COURT   *s/ Matthew W. Brann*    Date: 2/19/2021
                       United States District Judge