# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NICHOLE LEIB, KEVIN BROKENSHIRE, and DIANE WEIGLEY, individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GEISINGER HEALTH and EVANGELICAL COMMUNITY HOSPITAL,<br><br>Defendants. | Case No. 4:21-cv-00196-MWB<br>Judge Matthew W. Brann |

## JOINT MOTION TO ADJUST/SET CASE DEADLINES

Plaintiffs Nichole Leib, Kevin Brokenshire, and Diane Weigley ("Plaintiffs") and Defendants Geisinger Health and Evangelical Community Hospital ("Defendants") (together, the "Parties"), hereby move to adjust deadlines and set the following schedule concerning the above-captioned action:

1. The above captioned matter, *Leib, et al. v. Geisinger Health, et al.*, Case No. 4:21-cv-00196-MWB ("Leib Action"), was filed on February 3, 2021. A second action, *Sauer v. Geisinger Health, et al.,* Case No. 4:21-cv-00263-MWB ("Sauer Action"), was filed on February 12, 2021 (collectively, the "Actions").

2. Plaintiffs and Defendants in the Leib and Sauer Actions have conferred and agree that the Actions are related and well-suited to proceeding on a consolidated basis.

3. Plaintiffs intend to file one or more motions requesting consolidation of the Actions under Fed. R. Civ. P 42(a) and appointment of interim lead class counsel under Fed. R. Civ. P. 23(g) so that the litigation may proceed in an orderly and efficient fashion.

4. The Parties agree that if the Court orders the Actions consolidated, Plaintiffs should file a consolidated complaint to govern the Actions and any later-filed actions (if any) based on substantially the same facts and asserting substantially the same legal claims.

5. The Parties further agree that it would be more orderly and efficient to extend the default times for Defendants to respond to the complaints in the Actions until a reasonable interval after the filing of a consolidated complaint.

6. The Parties therefore respectfully request that the Court modify deadlines in the above-captioned matter, as follows:

   a. Within five (5) days of the Court entering an Order granting this motion, Plaintiffs will file a motion seeking: (i) under Fed. R. Civ. P. 42(a) to consolidate the Actions, and (ii) under Fed. R. Civ. P. 23(g) to appoint interim lead class counsel for the consolidated case;

b. If the Court enters an Order consolidating this case, Plaintiffs will file a single consolidated class action complaint within seven (7) days of the Order's entry;

c. Within sixty (60) days of Plaintiffs' filing of the consolidated class action complaint, Defendants shall answer or otherwise move under Fed. R. Civ. P. 12;

d. If, instead of answering, Defendants file a motion under Fed. R. Civ. P. 12, Plaintiffs' opposition to such motion shall be due forty-two (42) days from the date of Defendants' motion, and Defendants' reply in support of such motion shall be due twenty-one (21) days from the date of Plaintiffs' opposition.

WHEREFORE, the Parties jointly request that the Court modify the operative deadlines as outlined above.

Dated: February 25, 2021		Respectfully submitted,

  */s/ Shanon Jude Carson*
Shanon Jude Carson (PA Bar No. 85957)
Eric L. Cramer (*Pro Hac Vice*)
Mark R. Suter (*Pro Hac Vice*)
BERGER MONTAGUE PC
1818 Market Street
Suite 3600
Philadelphia, PA 19103
Phone: (215) 875-4604
Fax: (215) 875-5707
scarson@bm.net
ecramer@bm.net
msuter@bm.net

Daniel J. Walker (*Pro Hac Vice*)
BERGER MONTAGUE PC
2001 Pennsylvania Avenue, NW
Suite 300
Washington, DC 20006
Phone: (202) 559-9745
Fax: (215) 875-5707
dwalker@bm.net

Adam J. Zapala (*Pro Hac Vice*)
Elizabeth T. Castillo (*Pro Hac Vice*)
James G. Dallal (*Pro Hac Vice)*
Tamarah P. Prevost (*Pro Hac Vice*)
COTCHETT, PITRE & McCARTHY, LLP
840 Malcolm Road
Burlingame, CA 94010
Phone: (650) 697-6000
Fax: (650) 697-0577
azapala@cpmlegal.com
ecastillo@cpmlegal.com
jdallal@cpmlegal.com
tprevost@cpmlegal.com

Alexander E. Barnett (*Pro Hac Vice*)
COTCHETT, PITRE & McCARTHY, LLP
40 Worth Street, 10th Floor
New York, NY 10013
Phone: (212) 201-6820
abarnett@cpmlegal.com

*Attorneys for Plaintiffs Nichole Leib,
Kevin Brokenshire, and Diane Weigley*

   /s/ Chahira Solh
Chahira Solh (*Pro Hac Vice*)
CROWELL & MORING LLP
3 Park Plaza
Ste. 20th Floor
Irvine, CA 92614-8505
Phone: (949) 798-1367
Fax: (949) 263-8414
csolh@crowell.com

Stefan M. Meisner (*Pro Hac Vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue NW
Washington, DC 20004
Phone: (202) 624-2500
Fax: (202) 628-5118
smeisner@crowell.com

Daniel T. Brier (PA Bar No. 53248)
Donna A. Walsh (PA Bar No. 74833)
Richard L. Armezzani (PA Bar No. 322804)
MYERS BRIER & KELLY LLP
425 Spruce Street
Suite 200
Scranton, PA 18503
Phone: (570) 342-6100
dbrier@mbklaw.com
dwalsh@mbklaw.com
rarmezzani@mbklaw.com

*Attorneys for Defendant Geisinger Health*

  */s/ Norman Armstrong, Jr.*
Norman Armstrong, Jr. (*Pro Hac Vice*)
Christopher Yook (*Pro Hac Vice*)
KING & SPALDING
1700 Pennsylvania Avenue
Washington, DC 20006
Phone: (202) 626-8979
narmstrong@kslaw.com
cyook@kslaw.com

Carol A. Steinour Young (PA Bar No. 55969)
Devin J. Chwastyk (PA Bar No. 91852)
MCNEES WALLACE & NURICK LLC
100 Pine Street
P.O. Box 1166
Harrisburg, PA 17108-1166
Phone: (717) 232-8000
Fax: (717) 237-5300
csteinour@mcneeslaw.com
dchwastyk@mcneeslaw.com

*Attorneys for Defendant Evangelical Community Hospital*