UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NICHOLE LEIB, KEVIN BROKENSHIRE, and DIANE WEIGLEY, individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GEISINGER HEALTH and EVANGELICAL COMMUNITY HOSPITAL,<br><br>Defendants. | Case No. 4:21-cv-00196-MWB<br>Judge Matthew W. Brann |

## **ORDER**

**AND NOW**, this 1st day of March 2021, upon consideration of the Joint Motion to Adjust/Set Case Deadlines, IT IS HEREBY ORDERED that:

1.) Said Motion is GRANTED; and

2.) The following deadlines SHALL APPLY in this matter:

    a. Plaintiffs will file a motion (or motions) seeking: (i) under Fed. R. Civ. P. 42(a) to consolidate this action with *Sauer v. Geisinger Health, et al.,* Case No. 4:21-cv-00263-MWB, and (ii) under Fed. R. Civ. P. 23(g) to appoint interim lead class counsel for the consolidated case within five (5) days of this Order;

b. Plaintiffs will file a single consolidated class action complaint within seven (7) days of the Court entering an order consolidating this action with *Sauer v. Geisinger Health, et al.,* Case No. 4:21-cv-00263-MWB;

c. Defendants shall answer or otherwise move under Fed. R. Civ. P. 12 within sixty (60) days of Plaintiffs' filing of the consolidated class action complaint;

d. Plaintiffs' opposition to any motion under Fed. R. Civ. P. 12 shall be due forty-two (42) days from the date of Defendants' motion; and

e. Defendants' reply in support of such motion shall be due twenty-one (21) days from the date of Plaintiffs' opposition.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge