# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NICHOLE LEIB, KEVIN BROKENSHIRE, and DIANE WEIGLEY, individually and on behalf of all others similarly situated,<br><br>   Plaintiffs,<br><br>v.<br><br>GEISINGER HEALTH and EVANGELICAL COMMUNITY HOSPITAL,<br><br>   Defendants. | Case No. 4:21-cv-00196-MWB |
| JESSICA SAUER, individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>v.<br><br>GEISINGER HEALTH and EVANGELICAL COMMUNITY HOSPITAL,<br><br>   Defendants. | Case No. 4:21-cv-00263-MWB |

**UNOPPOSED MOTION FOR ENTRY OF CASE MANAGEMENT ORDER NO. 1**

Plaintiffs Nichole Leib, Kevin Brokenshire, Diane Weigley, and Jessica Sauer respectfully submit this motion in support of the attached proposed Case Management Order No. 1 ("CMO No. 1"). Defendants Geisinger Health and Evangelical Community Hospital do not oppose this motion.

The proposed CMO No. 1 seeks to accomplish two main tasks. First, it consolidates *Leib, et al. v. Geisinger Health, et al.*, 4:21-cv-00196-MWB (M.D. Pa.) and *Sauer v. Geisinger Health, et al.*, 4:21-cv-00263-MWB (M.D. Pa.), pursuant to Fed. R. Civ. P. 42(a), to create a consolidated docket for any actions that are based on substantially the same facts and allegations against Defendants that may subsequently be filed in, transferred to, or removed to this Court. Second, the proposed CMO No. 1 establishes Interim Co-Lead Class Counsel under Fed. R. Civ. P. 23(g). In particular, it proposes appointing Berger Montague PC and Cotchett, Pitre & McCarthy, LLP as Interim Co-Lead Class Counsel for the proposed class in the consolidated action.

In support of this motion, the following documents have been submitted:

- Plaintiffs' Memorandum of Law in Support of Unopposed Motion for Entry of Case Management Order No. 1;

- Declaration of Eric L. Cramer, Esq.;

- Declaration of Adam J. Zapala, Esq.; and

- [Proposed] Case Management Order No. 1.

Dated: March 5, 2021 /s/ Eric L. Cramer

Eric L. Cramer (PA Bar No. 69289) (*Pro Hac Vice*)
Shanon Jude Carson (PA Bar No. 85957)
Mark R. Suter (PA Bar No. 322922) (*Pro Hac Vice*)
**BERGER MONTAGUE PC**
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Phone: (215) 875-4604
Fax: (215) 875-5707
ecramer@bm.net
scarson@bm.net
msuter@bm.net

Daniel J. Walker (*Pro Hac Vice*)
**BERGER MONTAGUE PC**
2001 Pennsylvania Avenue, NW
Suite 300
Washington, DC 20006
Phone: (202) 559-9745
Fax: (215) 875-5707
dwalker@bm.net

Adam J. Zapala (*Pro Hac Vice*)
Elizabeth T. Castillo (*Pro Hac Vice*)
James G.B. Dallal (*Pro Hac Vice*)
Tamarah P. Prevost (*Pro Hac Vice*)
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Road
Burlingame, CA 94010
Phone: (650) 697-6000
Fax: (650) 697-0577
azapala@cpmlegal.com
ecastillo@cpmlegal.com
jdallal@cpmlegal.com
tprevost@cpmlegal.com

|  |  |
|---|---|
|  | Alexander E. Barnett (*Pro Hac Vice*)<br>**COTCHETT, PITRE & McCARTHY, LLP**<br>40 Worth Street, 10th Floor<br>New York, NY 10013<br>Phone: (212) 201-6820<br>abarnett@cpmlegal.com<br><br>*Attorneys for Plaintiffs Nichole Leib, Kevin Brokenshire, and Diane Weigley and the Proposed Class* |
| Dated: March 5, 2021 | */s/ Ira Neil Richards*<br>Ira Neil Richards (PA Bar No. 50879)<br>**SCHNADER HARRISON SEGAL & LEWIS LLP**<br>1600 Market Street, Suite 3600<br>Philadelphia, Pennsylvania 19103-7286<br>Phone: (215) 751-2503<br>irichards@schnader.com<br><br>Roberta D. Liebenberg (PA Bar No. 31738) (*Pro Hac Vice*)<br>Gerard A. Dever (PA Bar No. 85291) (*Pro Hac Vice*)<br>Mary L. Russell (PA Bar No. 58581) (*Pro Hac Vice*)<br>**FINE, KAPLAN, AND BLACK, R.P.C.**<br>One South Broad St., 23rd Floor<br>Philadelphia, PA 19107<br>Phone: (215) 567-6565<br>Fax: (215) 568-5872<br>rliebenberg@finekaplan.com<br>gdever@finekaplan.com<br>mrussell@finekaplan.com<br><br>*Attorneys for Plaintiff Jessica Sauer and the Proposed Class* |

# CERTIFICATE OF CONCURRENCE

In accordance with Local Rule 7.1 of the Rules of Court of the United States District Court for the Middle District of Pennsylvania, I certify that counsel for all parties concurred in the **UNOPPOSED MOTION FOR ENTRY OF CASE MANAGEMENT ORDER NO. 1** submitted to the Court filed by ECF on this day.

*/s/ Eric L. Cramer*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 5th day of March 2021 a true and correct copy of **UNOPPOSED MOTION FOR ENTRY OF CASE MANAGEMENT ORDER NO. 1** was filed with the Court's Case Management/Electronic Case Filing System and served upon all counsel known to be representing the Defendants, including:

Chahira Solh
CROWELL & MORING LLP
3 Park Plaza, Ste. 20th Floor
Irvine, CA 92614-8505
Phone: (949) 798-1367
csolh@crowell.com

Stefan M. Meisner
CROWELL & MORING LLP
1001 Pennsylvania Avenue NW
Washington, DC 20004
Phone: (202) 624-2500
smeisner@crowell.com

Daniel T. Brier
Donna A. Walsh
Richard L. Armezzani
MYERS BRIER & KELLY LLP
425 Spruce Street, Suite 200
Scranton, PA 18503
Phone: (570) 342-6100
dbrier@mbklaw.com
dwalsh@mbklaw.com
rarmezzani@mbklaw.com

*Attorneys for Defendant Geisinger Health*

Norman Armstrong, Jr.
Christopher Yook
KING & SPALDING
1700 Pennsylvania Avenue
Washington, DC 20006
Phone: (202) 626-8979
narmstrong@kslaw.com
cyook@kslaw.com

Carol A. Steinour Young
Devin J. Chwastyk
MCNEES WALLACE & NURICK LLC
100 Pine Street, P.O. Box 1166
Harrisburg, PA 17108-1166
Phone: (717) 232-8000
csteinour@mcneeslaw.com
dchwastyk@mcneeslaw.com

*Attorneys for Defendant Evangelical Community Hospital*

　　　　　　　　　　　　*/s/ Eric L. Cramer*