# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF APPLICATION FOR :
ADMISSION TO PRACTICE IN THIS COURT :

## PETITION

I, **Rosa M. Morales**, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My office address is: Crowell & Moring LLP

590 Madison Avenue, 20th Floor

New York, NY 10022

Office Telephone: 212.895.4261

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

Southern District of New York (7/22/2014); Eastern District of New York (7/22/2014; U.S. Court of Appeals, Federal Circuit (5/5/2014).

My attorney Identification number is: 4538682

---

**FOR COURT USE ONLY**

____ GENERAL ADMISSION:

GRANTED BY THE COURT: _____   Date: _____

**X** SPECIAL ADMISSION:

GRANTED BY THE COURT  *s/ Matthew W. Brann*   Date: 4/26/2021
United States District Judge