# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE GEISINGER HEALTH AND EVANGELICAL COMMUNITY HOSPITAL HEALTHCARE WORKERS ANTITRUST LITIGATION | Case No. 4:21-cv-00196-MWB |

## [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO EXTEND TIME TO MOVE FOR DETERMINATION UNDER FED. R. CIV. P. 23

Upon consideration of Plaintiffs' Motion to Extend Time to Move for Determination under Fed. R. Civ. P. 23 in the above-captioned action, the Court hereby ORDERS as follows:

(1) Pursuant to Local Rule 23.3, the Court is authorized to extend the time for Plaintiffs' motion for class certification "pending discovery or such other preliminary procedures as appear to be appropriate and necessary in the circumstances";

(2) As stated in Plaintiffs' Uncontested Motion, good cause supports an extension of the deadline to move for class certification in this case given the need for discovery in this matter.   Moreover, while the Parties have met and conferred pursuant to Fed. R. Civ. P. 26(f), they have not yet appeared for a Scheduling Conference with the Court pursuant to Fed. R. Civ. P. 16, and no scheduling order has been entered in the case;

(3) The Parties and the Court will address the timing of Plaintiffs' Motion for Class Certification at a Scheduling Conference pursuant to Fed. R. Civ. P. 16, or at another appropriate time;

(4) Accordingly, the Court **GRANTS** Plaintiffs' Uncontested Motion to Extend Time to Move for Class Certification (ECF No. 53).

**IT IS SO ORDERED.**

Dated: June ___, 2021                    BY THE COURT:

                                         _____
                                         Hon. Matthew W. Brann
                                         United States District Judge