UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE GEISINGER HEALTH AND EVANGELICAL COMMUNITY HOSPITAL HEALTHCARE WORKERS ANTITRUST LITIGATION | Case No. 4:21-cv-00196-MWB |

NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE of the change of address for Alexander E. Barnett, Interim Co-Lead Counsel for Plaintiffs and the Proposed Class. His new address is:

>   Alexander E. Barnett
>   **COTCHETT, PITRE & McCARTHY, LLP**
>   40 Worth Street
>   Suite 602
>   New York, New York 10013

Dated: October 21, 2021

>   By: */s/ Alexander E. Barnett*
>   Alexander E. Barnett
>   **COTCHETT, PITRE & McCARTHY, LLP**
>   40 Worth Street
>   Suite 602
>   New York, New York 10013
>   Telephone: (212) 201-6820
>   Facsimile: (917) 398-7753
>   abarnett@cpmlegal.com
>
>   *Interim Co-Lead Counsel for Plaintiffs and the Proposed Class*