# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GEISINGER HEALTH AND EVANGELICAL COMMUNITY HOSPITAL HEALTHCARE WORKERS ANTITRUST LITIGATION | No. 4:21-CV-00196<br><br>(Chief Judge Brann) |

## ORDER

**AND NOW**, this 16th day of November 2021, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendants' motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) (Doc. 51) is **DENIED IN PART AND GRANTED IN PART**, as follows:

   a. **DENIED** as to Plaintiffs' first claim for relief, which alleges a Sherman Act violation.

   b. **GRANTED WITH PREJUDICE** as to Plaintiffs' second claim for relief, which alleges a Pennsylvania law violation.

2. Defendants' motion to strike class allegations (Doc. 51) is **DENIED**.

3. Further leave to amend is not granted.

4. Defendants' request for oral argument (Doc. 64) is **DENIED AS MOOT**.

- 2 -

5. Defendants shall file an Answer to the surviving claim in Plaintiffs' Amended Complaint (Doc. 46) on or before December 7, 2021.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge