# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GEISINGER HEALTH AND EVANGELICAL COMMUNITY HOSPITAL HEALTHCARE WORKERS ANTITRUST LITIGATION | Case No: 4:21-CV- 00196-MWB<br><br>(Chief Judge Brann) |

## DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Evangelical Community Hospital, by its undersigned counsel, hereby certifies that there are no parent corporations of Evangelical Community Hospital and that no corporations have beneficial ownership of more than 10% of Evangelical Community Hospital's stock.

Dated: December 8, 2021

By: */s/Norman Armstrong, Jr.*
Norman Armstrong, Jr. (*pro hac vice*)
Shannon M. Kasley (*pro hac vice*)
KING & SPALDING LLP
1700 Pennsylvania Avenue
Washington, DC 20006
Phone: (202) 626-9879
narmstrong@kslaw.com
skasley@kslaw.com

Stephanie Resnick, Esquire
Theodore H. Jobes, Esquire

1

John Fuller, Esquire
FOX ROTHSCHILD LLP
2000 Market Street, 20th Floor
Philadelphia, PA 19103-3222
(215) 299-2000
sresnick@foxrothschild.com
tjobes@foxrothschild.com
jfuller@foxrothschild.com

*Attorneys for Defendant Evangelical Community Hospital*

# CERTIFICATE OF SERVICE

I certify that on December 8, 2021, I caused a true and correct copy of the foregoing DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1 to be filed using the Court's Electronic Filing System ("ECF System"). The document is available for viewing and downloading via the ECF System and will be served by operation of the ECF System upon all counsel of record.

*/s/ Norman Armstrong, Jr.*
Norman Armstrong, Jr.