UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF APPLICATION FOR      :
ADMISSION TO PRACTICE IN THIS COURT   :

## PETITION

I, __Reginald L. Streater__, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My office address is:     __Berger Montague PC__

__1818 Market Street, Suite 3600__

__Philadelphia, PA 19103__

Office Telephone:     __215-875-3000__

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts. __See attached.__

My attorney Identification number is: __326878 PA__

---

FOR COURT USE ONLY

_____ GENERAL ADMISSION:

GRANTED BY THE COURT: _____    Date: _____

__X__ SPECIAL ADMISSION:

GRANTED BY THE COURT   __s/ Matthew W. Brann__    Date: __2/14/2022__
                       Chief United States District Judge