# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GEISINGER HEALTH AND EVANGELICAL COMMUNITY HOSPITAL HEALTHCARE WORKERS ANTITRUST LITIGATION | Case No. 4:21-cv-00196-MWB<br><br>(Chief Judge Brann) |

## [PROPOSED] ORDER

AND NOW, this ___ day of March, 2022, upon consideration of the Joint Motion for Extension of the April 6, 2022 Structured Data Production Deadline, IT IS HEREBY ORDERED

- that the Motion is GRANTED and;

- the current April 6, 2022, structured data production deadline is HEREBY EXTENDED until May 23, 2022.

_____
MATTHEW W. BRANN
United States District Judge