# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: GEISINGER HEALTH AND
EVANGELICAL COMMUNITY
HOSPITAL HEALTHCARE WORKERS
ANTITRUST LITIGATION

Case No. 4:21-cv-00196-MWB

(Chief Judge Brann)

## <u>ORDER</u>

**AND NOW**, this 29<u>th</u> day of March 2022, upon consideration of the Joint

Motion for Extension of the April 6, 2022 Structured Data Production Deadline, IT

IS HEREBY ORDERED

- that the Motion is GRANTED and;

- the current April 6, 2022, structured data production deadline is HEREBY

  EXTENDED until May 23, 2022.

s/ Matthew W. Brann
_____
MATTHEW W. BRANN
Chief United States District Judge