# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GEISINGER HEALTH AND EVANGELICAL COMMUNITY HOSPITAL HEALTHCARE WORKERS ANTITRUST LITIGATION | No. 4:21-CV-00196<br><br>(Chief Judge Brann) |

## ORDER

**JUNE 3, 2022**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. The Defendants' objections to the Plaintiffs' Revised First Set of Requests for Production ("RFPs") concerning the Plaintiffs' definition of the term "Employees" (Doc. 91-2) are **SUSTAINED**.

2. The parties shall identify the job categories that fall within the definition of "Healthcare Workers" as used in the Consolidated Class Action Complaint (Doc. 46)—that is, skilled workers involved in delivering patient care.

3. The Defendants shall produce nonprivileged documents and data concerning the defined Healthcare Workers responsive to the Plaintiffs' RFPs (Doc. 91-1), subject to the parties' agreement on and resolution of the Defendants' outstanding objections.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge