# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GEISINGER HEALTH AND EVANGELICAL COMMUNITY HOSPITAL HEALTHCARE WORKERS ANTITRUST LITIGATION | Case No: 4:21-CV-00196-MWB<br><br>(Chief Judge Brann) |

## NOTICE OF WITHDRAWAL OF COUNSEL

Shannon M. Kasley gives notice of his withdrawal of counsel on behalf of Defendant Evangelical Community Hospital in the above-captioned matter. Norman A. Armstrong, Jr. and Christopher C. Yook of King & Spalding LLP and Stephanie Resnick, Theodore H. Jobes, and John Fuller of Fox Rothschild LLP will remain as counsel for Defendant Evangelical Community Hospital in this matter.

Respectfully submitted,

Dated: September 15, 2022

By: */s/ Shannon M. Kasley*
Shannon M. Kasley (*pro hac vice*)
Norman Armstrong, Jr. (*pro hac vice*)
Christopher C. Yook (*pro hac vice*)
KING & SPALDING LLP
1700 Pennsylvania Avenue
Washington, DC 20006
Phone: (202) 626-9879
narmstrong@kslaw.com
skasley@kslaw.com
cyook@kslaw.com

1

Stephanie Resnick, Esquire
Theodore H. Jobes, Esquire
John Fuller, Esquire
FOX ROTHSCHILD LLP
2000 Market Street, 20th Floor
Philadelphia, PA 19103-3222
(215) 299-2000
sresnick@foxrothschild.com
tjobes@foxrothschild.com
jfuller@foxrothschild.com

*Attorneys for Defendant Evangelical Community Hospital*

## **CERTIFICATE OF SERVICE**

I certify that on September 15, 2022, I caused a true and correct copy of the foregoing to be filed using the Court's Electronic Filing System ("ECF System"). The document is available for viewing and downloading via the ECF System and will be served by operation of the ECF System upon all counsel of record.

                                                */s/ Shannon M. Kasley*
                                                Shannon M. Kasley