# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

IN RE: GEISINGER SYSTEM SERVICES AND EVANGELICAL COMMUNITY HOSPITAL HEALTHCARE WORKERS ANTITRUST LITIGATION )
)
)   Case No. 4:21-cv-00196-MWB
)
)

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Geisinger System Services.

Date: 02/14/2023

/s/ Stefan M. Meisner
*Attorney's signature*

Stefan M. Meisner (Admitted Pro Hac Vice)
*Printed name and bar number*

CROWELL & MORING LLP
1001 Pennsylvania Avenue NW
Washington, DC 20004
*Address*

smeisner@crowell.com
*E-mail address*

(202) 624-2500
*Telephone number*

(202) 628-5116
*FAX number*

**CERTIFICATE OF SERVICE**

I certify that on February 14, 2023, I caused a true and correct copy of the foregoing to be filed using the Court's Electronic Filing System ("ECF System"). The document is available for viewing and downloading via the ECF System and will be served by operation of the ECF System upon all counsel of record.

/s/ Stefan M. Meisner
Stefan M. Meisner