UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: GEISINGER SYSTEM SERVICES AND EVANGELICAL COMMUNITY HOSPITAL HEALTHCARE WORKERS ANTITRUST LITIGATION

Case No. 4:21-cv-00196-MWB

(Chief Judge Brann)

## DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1
**(Civil Action)**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Geisinger System Services, by its undersigned counsel, hereby certifies that Geisinger Health is the parent corporation of Geisinger System Services. Defendant Geisinger System Services further certifies that it is a non-profit, non-stock corporation and there is no publicly held corporation owning 10% or more of its stock.

February 24, 2023

Respectfully submitted,

*/s/ Chahira Solh*
Chahira Solh (*Pro Hac Vice*)
CROWELL & MORING LLP
3 Park Plaza
20th Floor
Irvine, CA 92614-8505

Phone: (949) 798-1367
Fax: (949) 263-8414
csolh@crowell.com

Stefan M. Meisner (*Pro Hac Vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue NW
Washington DC, 20004
Phone: (202) 624-2500
Fax: (202) 628-5118

Rosa M. Morales (*Pro Hac Vice*)
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, NY 10022
Phone: (212) 895-4261
rmorales@crowell.com

Daniel T. Brier (PA Bar No. 53248)
Donna A. Walsh (PA Bar No. 74833)
Richard L. Armezzani (PA Bar No. 322804)
MYERS BRIER & KELLY LLP
425 Spruce Street
Suite 200
Scranton, PA 18503
Phone: (570) 342-6100
dbrier@mbklaw.com
dwalsh@mbklaw.com
rarmezzani@mbklaw.com

*Attorneys for Defendant Geisinger System Services*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on this 24th day of February 2023, a true and correct copy of the **DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1** was filed with the Court's Case Management/Electronic Filing System and served on counsel of record for all parties in the above-captioned action, including:

Adam J. Zapala (*Pro Hac Vice*)
Elizabeth T. Castillo (*Pro Hac Vice*)
James G. Dallal (*Pro Hac Vice*)
COTCHETT, PITRE & McCARTHY, LLP
840 Malcolm Road
Burlingame, CA 94010
Phone: (650) 697-6000
Fax: (650) 697-0577
azapala@cpmlegal.com
ecastillo@cpmlegal.com
jdallal@cpmlegal.com

Alexander E. Barnett (*Pro Hac Vice*)
COTCHETT, PITRE & McCARTHY, LLP
40 Worth Street, 10th Floor New York, NY 10013
Phone: (212) 201-6820
abarnett@cpmlegal.com

Eric L. Cramer (*Pro Hac Vice*)
Shannon Jude Carson (PA Bar No. 85957)
BERGER MONTAGUE PC
1818 Market Street
Suite 3600
Philadelphia, PA 19103
Phone: (215) 875-4604
Fax: (215) 875-5707
scarson@bm.net

ecramer@bm.net

Daniel J. Walker (*Pro Hac Vice*)
BERGER MONTAGUE PC
2001 Pennsylvania Avenue, NW
Suite 300
Washington, DC 20006
Phone: (202) 559-9745
Fax: (215) 875-5707
dwalker@bm.net

*Attorneys for Plaintiffs Nichole Leib, Kevin Brokenshire, Brittany Gresh, and Sharon Hixson*

Norman Armstrong, Jr. (*Pro Hac Vice*)
KING & SPALDING
1700 Pennsylvania Avenue
Washington, DC 20006
Phone: (202) 626-8979
narmstrong@kslaw.com

Stephanie Resnick
Theodore H. Jobes
John Fuller
FOX ROTHSCHILD LLP
2000 Market Street, 20th Floor
Philadelphia, PA 19103-3222
Telephone: (215) 299-2000
sresnick@foxrothschild.com
tjobes@foxrothschild.com
jfuller@foxrothschild.com

*Attorneys for Defendant Evangelical Community Hospital*

/s/ Chahira Solh