# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE GEISINGER SYSTEM SERVICES AND EVANGELICAL COMMUNITY HOSPITAL HEALTHCARE WORKERS ANTITRUST LITIGATION | Case No. 4:21-cv-00196-MWB<br><br>(Chief Judge Brann) |

## ORDER

**AND NOW**, this 17th day of March 2023, upon consideration of the Joint Motion for Extension of Deadline for Completion of Non-Expert Depositions (Doc. 109), **IT IS HEREBY ORDERED** that the Joint Motion is **GRANTED**. The current deadline for completion of non-expert depositions is **HEREBY EXTENDED** to Friday, September 1, 2023. All other remaining deadlines in the case schedule remain unchanged.

| Summary of Dates and Deadlines | |
|---|---|
| Deadline for completion of non-expert depositions | Friday, September 1, 2023 |
| Close of fact discovery[1] | Friday, September 1, 2023 |
| Expert reports | Friday, September 22, 2023 |
| Opposing expert reports | Friday, November 3, 2023 |
| Rebuttal expert reports | Monday, December 8, 2023 |
| Expert witness depositions | Monday, January 29, 2024 |
| Motions for class certification/Daubert motions and supporting briefs | Monday, February 12, 2024 |

---

[1] Interrogatories and Requests for Admission, other than those Requests for Admission regarding the admissibility of evidence (including authenticity and foundation issues), must be served no later than 45 days before this deadline.

| Oppositions to motions for class certification/Daubert motions | Monday, April 1, 2024 |
| --- | --- |
| Replies in support of motions for class certification/Daubert motions | Monday, April 22, 2024 |

BY THE COURT:

*s/ Matthew W. Brann*
_____
MATTHEW W. BRANN
Chief Untied States District Judge