**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

IN THE MATTER OF APPLICATION FOR        :
ADMISSION TO PRACTICE IN THIS COURT   :

## PETITION

I, _Candice J. Enders_____, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My office address is:        Berger Montague PC_____

                             1818 Market Street, Suite 3600_____

                             Philadelphia, PA 19103_____

Office Telephone:        215 875-3000_____

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

Pennsylvania State Court (12/12/2003)_____

U.S. District Court for the Eastern District of Pennsylvania (2007)_____

_____

My attorney Identification number is:   92107 (PA)_____

| FOR COURT USE ONLY |
| --- |
| _____GENERAL ADMISSION: |
| GRANTED BY THE COURT: _____  Date: _____ |
| X  SPECIAL ADMISSION: |
| GRANTED BY THE COURT  *s/ Matthew W. Brann*   Date: 4/20/2023 |
| Matthew W. Brann<br>Chief United States District Judge |