# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE GEISINGER SYSTEM SERVICES AND EVANGELICAL COMMUNITY HOSPITAL HEALTHCARE WORKERS ANTITRUST LITIGATION | Case No. 4:21–cv–196 (MWB) |

## NOTICE OF VOLUNTARY WITHDRAWAL
## OF PLAINTIFF BRITTANY GRESH

On February 2, 2023, a Consolidated Amended Complaint was filed in the above-referenced action (ECF No. 101) naming, among others, Brittany Gresh as a named plaintiff. Plaintiff Gresh hereby gives notice of her voluntary withdrawal as a named plaintiff in this action. This notice of withdrawal is made without prejudice to Ms. Gresh's rights, including, without limitation, as a member of any proposed class in this litigation and otherwise. Plaintiff Gresh's withdrawal does not affect the claims of the proposed class or the remaining named Plaintiffs in the above litigation.

Dated: June 21, 2023

*/s/ J. Taylor Hollinger*
Eric L. Cramer (PA Bar No. 69289)
  (*Pro Hac Vice*)
Shanon Jude Carson (PA Bar No. 85957)
Candice J. Enders (PA Bar No. 92107)
  (*Pro Hac Vice*)
Michael J. Kane (PA Bar No. 73998)
  (*Pro Hac Vice*)
J. Taylor Hollinger (PA Bar No. 332706)
  (*Pro Hac Vice*)

**BERGER MONTAGUE PC**
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Phone: (215) 875-4604
Fax: (215) 875-5707
ecramer@bm.net
scarson@bm.net
cenders@bm.net
mkane@bm.net
thollinger@bm.net

Daniel J. Walker (*Pro Hac Vice*)
**BERGER MONTAGUE PC**
2001 Pennsylvania Avenue NW, Suite 300
Washington, DC 20006
Phone: (202) 559-9745
dwalker@bm.net

Adam J. Zapala (*Pro Hac Vice*)
Elizabeth T. Castillo (*Pro Hac Vice*)
James G. Dallal (*Pro Hac Vice*)
**COTCHETT, PITRE**
 **& McCARTHY, LLP**
840 Malcolm Road
Burlingame, CA 94010
Phone: (650) 697-6000
Fax: (650) 697-0577
azapala@cpmlegal.com
ecastillo@cpmlegal.com
jdallal@cpmlegal.com

Alexander E. Barnett (*Pro Hac Vice*)
**COTCHETT, PITRE**
 **& McCARTHY, LLP**
40 Worth Street, 10th Floor
New York, NY 10013
Phone: (212) 201-6820
abarnett@cpmlegal.com

*Interim Co-Lead Counsel for Plaintiffs and the Proposed Class*