**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

IN THE MATTER OF APPLICATION FOR     :
ADMISSION TO PRACTICE IN THIS COURT   :

**PETITION**

       I, Michaela L. Wallin               , hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My office address is:        Berger Montague PC

                               1818 Market Street, Suite 3600

                               Philadelphia, PA 19103

Office Telephone:       215-875-3000

       I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

New York Supreme Court, Appellate Division, First Judicial Department (6/23/14);

US Court of Appeals, Federal Cir. (10/28/14); US Court of Appeals, 6th Cir. (4/24/18);

US Court of Appeals, 3rd Cir. (4/25/18); US District Court, NDNY (4/4/23)

                                          5269527 (NY)
My attorney Identification number is: _____

---

FOR COURT USE ONLY

_____GENERAL ADMISSION:

GRANTED BY THE COURT: _____     Date: _____

  X   SPECIAL ADMISSION:

GRANTED BY THE COURT   *s/ Matthew W. Brann*    Date: 7/26/2023
                         Matthew W. Brann
                         Chief United States District Judge