UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE GEISINGER SYSTEM SERVICES AND EVANGELICAL COMMUNITY HOSPITAL HEALTHCARE WORKERS ANTITRUST LITIG. | No.: 4:21–cv–196 (MWB)<br><br>Chief Judge Brann |

**[PROPOSED] ORDER GRANTING JOINT MOTION FOR EXTENSION OF ALL REMAINING DEADLINES IN THE CURRENT SCHEDULE**

**AND NOW**, this \_\_\_\_ day of August 2023, upon consideration of the Joint Motion for Extension of Time to All Remaining Deadlines in the Current Schedule (ECF No. 132), **IT IS HEREBY ORDERED** that the Joint Motion is **GRANTED**. The current deadlines are **HEREBY EXTENDED** as follows:

| Event | Previous Deadline | Current Deadline |
|---|---|---|
| Deadline for completion of non-expert depositions | Friday, September 1, 2023 | Tuesday, October 31, 2023 |
| Close of fact discovery[1] | Friday, September 1, 2023 | Tuesday, October 31, 2023 |
| Expert reports on all issues relating to class and merits | Friday, September 22, 2023 | Tuesday, November 28, 2023 |
| Opposing expert reports | Friday, November 3, 2023 | Friday, January 19, 2024 |
| Rebuttal expert reports | Monday, December 18, 2023 | Friday, March 1, 2024 |

---

[1] Interrogatories and Requests for Admission, other than those Requests for Admission regarding the admissibility of evidence (including authenticity and foundation issues), must be served no later than forty-five (45) days before this deadline.

1

| Expert witness depositions | Monday, January 29, 2024 | Friday, April 12, 2024 |
|---|---|---|
| Motions for class certification/*Daubert* motions and supporting briefs | Monday, February 12, 2024 | Friday, April 26, 2024 |
| Oppositions to motions for class certification/ *Daubert* motions | Monday, April 1, 2024 | Tuesday, June 18, 2024 |
| Replies in support of motions for class certification/*Daubert* motions | Monday, April 22, 2024 | Friday, July 12, 2024 |

Pursuant to the Parties' Joint Motion, the Court further **ORDERS** that:

1. The Parties shall not propound any new requests for production of documents or data without leave of the Court;

2. Plaintiffs shall not request that Defendants make any further data productions, including for updated structured data; and

3. The Parties shall not issue any new deposition notices of each other during the extended part of the discovery period—*i.e.*, after September 1, 2023—without leave of Court for good cause shown. However, the Parties may take depositions during that extended period if noticed earlier.

                                                    **BY THE COURT**:

                                                    _____

                                                    MATTHEW W. BRANN
                                                  Chief United States District Judge