

**Chahira Solh**
csolh@crowell.com
+1.949.789.1367 direct

Crowell & Moring LLP
3 Park Plaza
20th Floor
Irvine, CA 92614
+1.949.263.8400 main
+1.949.263.8414 fax

September 11, 2023

<u>VIA ECF</u>

Hon. Matthew W. Brann
U.S. District Court
Middle District of Pennsylvania
U.S. Courthouse and Federal Office Building
240 West Third Street, Suite 218
Williamsport, PA 17701

Re:   <u>*In re Geisinger System Services and Evangelical Community Hospital Healthcare Workers Antitrust Litigation*</u>, Case No. 4:21-cv-00196-MWB

Dear Chief Judge Brann:

Defendants Geisinger System Services and Evangelical Community Hospital hereby file this supplemental letter to apprise the Court that plaintiffs served the enclosed letter (Exhibit A) at 6:42 PM EST on the evening of September 8, 2023—several hours *after* defendants sought the Court's intervention to compel plaintiffs to comply with the July 21, 2023 order to produce all outstanding discovery and also to issue sanctions for plaintiffs' continued discovery misconduct (ECF No. 135).

Defendants are reviewing the new information provided in plaintiffs' letter in light of the serious deficiencies addressed in their September 8 filing, and reserve all rights to seek further relief based on plaintiffs' letter.

Respectfully submitted,

<u>/s/Chahira Solh</u>
Chahira Solh (*Pro Hac Vice*)
CROWELL & MORING LLP
3 Park Plaza, 20th Floor
Irvine, CA 92614-8505
Phone: (949) 798-1367
csolh@crowell.com

<u>/s/Norm Armstrong, Jr.</u>
Norm Armstrong, Jr.
KING & SPALDING LLP
1700 Pennsylvania Avenue
Washington, DC 20006

Stephanie Resnick
Theodore H. Jobes



| | |
|---|---|
| Stefan M. Meisner (*Pro Hac Vice*)<br>CROWELL & MORING LLP<br>1001 Pennsylvania Avenue NW<br>Washington, DC 20004<br>Phone: (202) 624-2500<br>smeisner@crowell.com<br><br>Rosa M. Morales (*Pro Hac Vice*)<br>CROWELL & MORING LLP<br>590 Madison Avenue, 20th Floor<br>New York, NY 10022<br>Phone: (212) 895-4261<br>rmorales@crowell.com<br><br>Daniel T. Brier<br>Donna A. Walsh<br>Richard L. Armezzani<br>MYERS BRIER & KELLY LLP<br>425 Spruce Street, Suite 200<br>Scranton, PA 18503<br>Phone: (570) 342-6100<br>dbrier@mbklaw.com<br>dwalsh@mbklaw.com<br>rarmezzani@mbklaw.com<br><br>*Counsel for Defendant Geisinger System Services* | John Fuller<br>FOX ROTHSCHILD LLP<br>2000 Market Street, 20th Floor<br>Philadelphia, PA 19103-3222<br>Telephone: (215) 299-2000<br>sresnick@foxrothschild.com<br>tjobes@foxrothschild.com<br>jfuller@foxrothschild.com<br><br>*Counsel for Defendant Evangelical Community Hospital* |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 11th day of September 2023, a true and correct copy of this letter was filed with the Court's Case Management/ Electronic Case Filing System and served upon all counsel known to be representing the plaintiffs.

*/s/Chahira Solh*
Chahira Solh

crowell.com
DCACTIVE-73610719.2