IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: GEISINGER SYSTEM SERVICES and EVANGELICAL COMMUNITY HOSPITAL HEALTHCARE WORKERS ANTITRUST LITIGATION | : : : : : : | NO. 4:21-cv-00196<br><br>JUDGE BRANN |

## ORDER

AND NOW, this 13th day of September, 2023, upon consideration of Defendants Geisinger System Services and Evangelical Community Hospital's Motion To File Under Seal, IT IS HEREBY ORDERED that the Motion is GRANTED and the Clerk of Court is directed to seal the unredacted copy of Defendants' September 8, 2023 letter to the Court, along with all attached exhibits.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge