FILED
WILLIAMSPORT

SEP 21 2023

PER _____ EA _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE GEISINGER SYSTEM SERVICES AND EVANGELICAL COMMUNITY HOSPITAL HEALTHCARE WORKERS ANTITRUST LITIG. | No.: 4:21–cv–00196 (MWB)<br><br>Chief Judge Brann |

## MOTION FOR LEAVE TO FILE UNDER SEAL

Pursuant to Middle District Local Rule 5.8, Plaintiffs, by and through their undersigned counsel, hereby move for leave to file under seal an unredacted letter and exhibits. Along with this Motion, Plaintiffs submit a Statement of Justification in Support and a proposed Order.

**WHEREFORE**, Plaintiffs respectfully request that the Court file under seal an unredacted copy of Plaintiffs' September 20 letter to the Court, along with its attached exhibits.

Date: September 20, 2023

/s/ Adam J. Zapala
Adam J. Zapala (*Pro Hac Vice*)
Elizabeth T. Castillo (*Pro Hac Vice*)
James G. Dallal (*Pro Hac Vice*)
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Road
Burlingame, CA 94010
Phone: (650) 697-6000
Fax: (650) 697-0577
azapala@cpmlegal.com

Respectfully submitted,

/s/ Michaela L. Wallin
Eric L. Cramer (PA Bar No. 69289)
(*Pro Hac Vice*)
Shanon Jude Carson (PA Bar No. 85957)
Candice J. Enders (PA Bar No. 92107)
(*Pro Hac Vice*)
Michael J. Kane (PA Bar No. 73998)
(*Pro Hac Vice*)
Michaela L. Wallin (*Pro Hac Vice*)

ecastillo@cpmlegal.com
jdallal@cpmlegal.com

Alexander E. Barnett (*Pro Hac Vice*)
**COTCHETT, PITRE & McCARTHY, LLP**
40 Worth Street, 10th Floor
New York, NY 10013
Phone: (212) 201-6820
abarnett@cpmlegal.com

J. Taylor Hollinger (PA Bar No. 332706) (*Pro Hac Vice*)
**BERGER MONTAGUE PC**
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Phone: (215) 875-4604
Fax: (215) 875-5707
ecramer@bm.net
scarson@bm.net
cenders@bm.net
mkane@bm.net
mwallin@bm.net
thollinger@bm.net

Daniel J. Walker (*Pro Hac Vice*)
**BERGER MONTAGUE PC**
2001 Pennsylvania Avenue NW, Suite 300
Washington, DC 20006
Phone: (202) 559-9745
dwalker@bm.net

*Interim Co-Lead Counsel for Plaintiffs and the Proposed Class*

## **CERTIFICATE OF CONCURRENCE**

I, Michaela L. Wallin, hereby certify that concurrence was sought from counsel for Defendants Geisinger System Services and Evangelical Community Hospital in this Motion for Leave to File Under Seal. As of 4:30pm EST on September 20, 2023, counsel for Defendants have not responded to this inquiry.

Date: <u>September 20, 2023</u>                     <u>*/s/ Michaela L. Wallin*</u>
                                                    Michaela L. Wallin

## **CERTIFICATE OF SERVICE**

I, Michaela L. Wallin, hereby certify that a true and correct copy of the foregoing Motion for Leave to File Under Seal was served upon all counsel of record via electronic mail on this 20th day of September, 2023.

Date: <u>September 20, 2023</u>                                    <u>*/s/ Michaela L. Wallin*</u>
                                                                                            Michaela L. Wallin