UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE GEISINGER SYSTEM SERVICES AND EVANGELICAL COMMUNITY HOSPITAL HEALTHCARE WORKERS ANTITRUST LITIG. | No.: 4:21–cv–00196 (MWB)<br><br>Chief Judge Brann |

## ORDER

AND NOW, this ____ day of September, 2023, upon consideration of Plaintiffs' Motion for Leave to File Under Seal, **IT IS HEREBY ORDERED** that the Motion is **GRANTED**. The Clerk of Court is directed to seal the unredacted copy of Plaintiffs' September 20, 2023 letter to the Court, along with all attached exhibits.

BY THE COURT:

_____
Matthew W. Brann
Chief United States District Judge