IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: GEISINGER SYSTEM      :    NO. 4:21-cv-00196
SERVICES and EVANGELICAL     :
COMMUNITY HOSPITAL           :    CHIEF JUDGE BRANN
HEALTHCARE WORKERS           :
ANTITRUST LITIGATION         :

## ORDER

AND NOW, this 9th day of October, 2023, upon consideration of Defendants Geisinger System Services and Evangelical Community Hospital's Motion To File Under Seal, IT IS HEREBY ORDERED that the Motion is GRANTED and the Clerk of Court is directed to seal the unredacted copy of Defendants' October 6, 2023 letter to the Court, along with all attached exhibits.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge