UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE GEISINGER SYSTEM SERVICES AND EVANGELICAL COMMUNITY HOSPITAL HEALTHCARE WORKERS ANTITRUST LITIG. | No.: 4:21–cv–196 (MWB)<br><br>Chief Judge Brann |

**ORDER**

**AND NOW**, this _____ day of November 2023, upon consideration of the Joint Motion for Extension of All Remaining Deadlines under Current Case Management Order (ECF No. 134), and subject to the conditions the Parties agreed to in their Joint Motion referenced herein, **IT IS HEREBY ORDERED** that the Joint Motion is **GRANTED**. The current deadlines are **HEREBY EXTENDED** as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Deadline for Plaintiffs to Respond to All Outstanding Discovery Requests as Directed at the November 1 Status Conference | N/A | Wednesday, November 22, 2023 |
| Deadline for Deposition of Plaintiffs | N/A | Wednesday, December 13, 2023 |

1

| | | |
|---|---|---|
| Close of fact discovery [1] | Tuesday, October 31, 2023[2] | Wednesday, December 13, 2023 |
| Expert reports on all issues relating to class certification and merits | Tuesday, November 28, 2023 | Tuesday, January 16, 2024[3] |
| Opposing expert reports | Friday, January 19, 2024 | Friday, March 8, 2024 |
| Rebuttal expert reports | Friday, March 1, 2024 | Friday, April 19, 2024 |
| Expert witness depositions | Friday, April 12, 2024 | Thursday, May 30, 2024 |
| Class certification/Daubert motions and supporting briefs | Friday, April 26, 2024 | Friday, June 14, 2024 |
| Oppositions to class certification/Daubert motions | Tuesday, June 18, 2024 | Tuesday, August 6, 2024 |
| Replies in support of class certification/Daubert motions | Friday, July 12, 2024 | Friday, August 30, 2024 |

**BY THE COURT**:

_____

MATTHEW W. BRANN

Chief United States District Judge

---

[1] Extended solely for the purpose of allowing additional discovery as ordered by the Court on November 1, 2023, and subject to the conditions set forth in the Parties' Joint Motion referenced herein.

[2] Only Requests for Admission regarding the admissibility of evidence (including authenticity and foundation issues) may be served after this deadline.

[3] This deadline is extended one additional week in light of the intervening holiday season.