# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE GEISINGER SYSTEM SERVICES AND EVANGELICAL COMMUNITY HOSPITAL HEALTHCARE WORKERS ANTITRUST LITIG. | No.: 4:21–cv–196 (MWB)<br><br>Chief Judge Brann |

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that effective March 1, 2024, the Washington, DC office address for Berger Montague PC and the undersigned attorney has changed to the following:

Berger Montague PC
1001 G Street, NW
Suite 400 East
Washington, DC 20001

The Court and all counsel and parties are hereby requested to make note of this change and send all notices, orders, pleadings, and other communications concerning the above-captioned matter to the new address. The firm's telephone number and the attorney's email addresses remain the same.

Dated: March 15, 2024          **BERGER MONTAGUE PC**

　　　　　　　　　　　　　　　　/s/ *Daniel J. Walker*
　　　　　　　　　　　　　　　　Daniel J. Walker
　　　　　　　　　　　　　　　　1001 G Street, NW
　　　　　　　　　　　　　　　　Suite 400 East
　　　　　　　　　　　　　　　　Washington, DC  20001
　　　　　　　　　　　　　　　　Tel:  (202) 599-9745
　　　　　　　　　　　　　　　　Email:  dwalker@bm.net

　　　　　　　　　　　　　　　　*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on March 15, 2024, I electronically filed the foregoing Notice of Change of Address via the CM/ECF System, and thereby caused to be served on all counsel of record registered to receive such service.

*/s/ Daniel J. Walker*