UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE GEISINGER SYSTEM SERVICES AND EVANGELICAL COMMUNITY HOSPITAL HEALTHCARE WORKERS ANTITRUST LITIG. | No.: 4:21–cv–196 (MWB)<br><br>Chief Judge Matthew W. Brann |

**JOINT MOTION FOR LEAVE TO FILE OVERLENGTH BRIEFS REGARDING CLASS CERTIFICATION AND *DAUBERT* MOTIONS**

Defendants Geisinger System Services and Evangelical Community Hospital ("Defendants") and Plaintiffs Nichole Leib and Kevin Brokenshire ("Plaintiffs") (together, the "Parties"), by and through their respective undersigned counsel, hereby jointly request that the Court grant the Parties leave to file overlength briefs regarding the Parties' respective Class Certification and *Daubert* motions. The Parties aver the following in support of this joint motion:

1. Under the operative scheduling order in this matter (ECF No. 152), all affirmative motions and supporting briefs for both class certification and *Daubert* purposes will be due on June 14, 2024; all briefs in opposition thereto will be due August 6, 2024; and all reply briefs will be due August 30, 2024. The Court has not yet set any subsequent deadlines.

2. Under Local Rule 7.8(b), all briefs shall be limited to 15 pages or 5,000 words absent Court approval. Any motion seeking such authorization shall

1

specify the length of the briefings requested.

      3.      The Parties have negotiated and reached an agreement as to the anticipated lengths for the upcoming class and *Daubert* briefs. Given the complexity and importance of the issues raised in class and *Daubert* briefings, the Parties have agreed that all litigants and the Court will benefit from the following brief length limitations, for each of the class and *Daubert* filings:

| | |
|---|---|
| Opening Memoranda of Law in Support | 35 pages |
| Response Memoranda in Opposition | 35 pages |
| Reply Memoranda | 20 pages |

**WHEREFORE**, the Parties jointly respectfully request that the Court enter an Order granting leave for the Parties to file overlength briefs regarding class certification and *Daubert* motions.

DATED:  May 29, 2024                          Respectfully submitted,

*/s/ Rosa M. Morales*                                      */s/ Norm Armstrong*
Stefan M. Meisner (*Pro Hac Vice*)          Norman Armstrong, Jr. (*Pro Hac Vice*)
**CROWELL & MORING LLP**                    **KIRKLAND & ELLIS LLP**
1001 Pennsylvania Avenue NW                 1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004                      Washington, D.C. 20004
Phone: (202) 624-2500                       Phone: (202) 389-3180
smeisner@crowell.com                        norman.armstrong@kirkland.com

Chahira Solh (*Pro Hac Vice*)               Stephanie Resnick
**CROWELL & MORING LLP**                    Theodore H. Jobes
3 Park Plaza, Ste. 20th Floor               John Fuller
Irvine, CA 92614-8505                       Shannon M. Doughty
Phone: (949) 798-1367                       **FOX ROTHSCHILD LLP**
csolh@crowell.com                           2000 Market Street, 20th Floor
                                            Philadelphia, PA 19103-3222
Rosa M. Morales (*Pro Hac Vice*)            Phone: (215) 299-2000
**CROWELL & MORING LLP**                    sresnick@foxrothschild.com
Two Manhattan West                          tjobes@foxrothschild.com
375 Ninth Avenue                            jfuller@foxrothschild.com
New York, NY 10001                          sdoughty@foxrothschild.com
Phone: (212) 895-4261
rmorales@crowell.com                        *Attorneys for Defendant Evangelical Community Hospital*

Daniel T. Brier
Donna A. Walsh
Richard L. Armezzani
**MYERS BRIER & KELLY LLP**
425 Spruce Street, Suite 200
Scranton, PA 18503
Phone: (570) 342-6100
dbrier@mbklaw.com
dwalsh@mbklaw.com
rarmezzani@mbklaw.com

*Attorneys for Defendant Geisinger System Services*

/s/ *Adam J. Zapala*
Adam J. Zapala (*Pro Hac Vice*)
Elizabeth T. Castillo (*Pro Hac Vice*)
James G. Dallal (*Pro Hac Vice*)
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Road
Burlingame, CA 94010
Phone: (650) 697-6000
Fax: (650) 697-0577
azapala@cpmlegal.com
ecastillo@cpmlegal.com
jdallal@cpmlegal.com

Alexander E. Barnett (*Pro Hac Vice*)
**COTCHETT, PITRE & McCARTHY, LLP**
40 Worth Street, Suite 602
New York, NY 10013
Phone: (212) 201-6820
abarnett@cpmlegal.com

/s/ *Eric L. Cramer*
Eric L. Cramer (PA Bar No. 69289)
(*Pro Hac Vice*)
Shanon Jude Carson
(PA Bar No. 85957)
Candice J. Enders (PA Bar No. 92107)
*(Pro Hac Vice)*
Michael J. Kane (PA Bar No. 73998)
(*Pro Hac Vice*)
Michaela L. Wallin (*Pro Hac Vice*)
 J. Taylor Hollinger
(PA Bar No. 332706) (*Pro Hac Vice*)
**BERGER MONTAGUE PC**
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Phone: (215) 875-4604
Fax: (215) 875-5707
ecramer@bm.net
scarson@bm.net
cenders@bm.net
mkane@bm.net
mwallin@bm.net
thollinger@bm.net

Daniel J. Walker (*Pro Hac Vice*)
**BERGER MONTAGUE PC**
2001 Pennsylvania Avenue, NW
Suite 300
Washington, DC 20006
Phone: (202) 559-9745
Fax: (215) 875-5707
dwalker@bm.net

*Interim Co-Lead Counsel for Plaintiffs and the Proposed Class*