# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE GEISINGER SYSTEM SERVICES AND EVANGELICAL COMMUNITY HOSPITAL HEALTHCARE WORKERS ANTITRUST LITIG. | No.: 4:21–cv–196 (MWB)<br><br>Chief Judge Matthew W. Brann |

## ORDER

**AND NOW**, this 31st day of May 2024, upon consideration of the Parties' Joint Motion for Leave to File Overlength Briefs Regarding Class Certification and *Daubert* Motions (the "Joint Motion"), **IT IS HEREBY ORDERED** that the Motion is **GRANTED**. The Parties upcoming briefings shall be limited to 35 pages for opening briefs for each motion (including Plaintiffs' class certification motion and *Daubert* motion, and for each of Defendants' Joint *Daubert* motions for Plaintiffs' experts); 35 pages for opposing briefs in response to each motion (including Defendants' Joint Opposition to Plaintiffs' class certification motion and Plaintiffs' *Daubert* motion, and Plaintiffs' Opposition to each of Defendants' joint *Daubert* motions); and 20 pages for reply briefs for each of the relevant motions.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge