**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| IN RE GEISINGER SYSTEM SERVICES AND EVANGELICAL COMMUNITY HOSPITAL HEALTHCARE WORKERS ANTITRUST LITIGATION | No.: 4:21–cv–196 (MWB)<br><br>Chief Judge Brann |

**DEFENDANTS' JOINT MOTION TO EXCLUDE THE TESTIMONY
OF PLAINTIFFS' EXPERT, PROFESSOR ALAN P. MANNING**

Defendants Evangelical Community Hospital and Geisinger System Services, by and through their respective undersigned counsel, hereby move the Court pursuant to Federal Rule of Evidence 702 and *Daubert v. Merrell Dow Pharms., Inc.*, 509 U.S. 579 (1993), for an Order excluding the proposed expert testimony and reports of Plaintiffs' expert, Professor Alan P. Manning, from the class certification proceedings, any pretrial motions, and trial of the above-captioned matter.

The grounds supporting this Motion are set forth in the accompanying memorandum of law in accordance with Local Rule 7.5. Pursuant to Local Rule 7.9, Defendants respectfully request oral argument on this Joint Motion.

Dated: June 14, 2024

| _/s/ Theodore H. Jobes_ | _/s/Chahira Solh_ |
|---|---|
| Stephanie Resnick | Chahira Solh (*Pro Hac Vice*) |
| Theodore H. Jobes | CROWELL & MORING LLP |
| John Fuller | 3 Park Plaza, 20th Floor |
| FOX ROTHSCHILD LLP | Irvine, CA 92614-8505 |

2000 Market Street, 20th Floor
Philadelphia, PA 19103-3222
Telephone: (215) 299-2000
sresnick@foxrothschild.com
tjobes@foxrothschild.com
jfuller@foxrothschild.com

Norman Armstrong, Jr. (*pro hac vice*)
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Phone: (202) 389-3180
norman.armstrong@kirkland.com

*Counsel for Defendant Evangelical Community Hospital*

Phone: (949) 798-1367
csolh@crowell.com

Stefan M. Meisner (*Pro Hac Vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue NW
Washington, DC 20004
Phone: (202) 624-2500
smeisner@crowell.com

Rosa M. Morales (*Pro Hac Vice*)
CROWELL & MORING LLP
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
Phone: (212) 895-4261
rmorales@crowell.com

Daniel T. Brier
Donna A. Walsh
Richard L. Armezzani
MYERS BRIER & KELLY LLP
425 Spruce Street, Suite 200
Scranton, PA 18503
Phone: (570) 342-6100
dbrier@mbklaw.com
dwalsh@mbklaw.com
rarmezzani@mbklaw.com

*Counsel for Defendant Geisinger System Services*

## <u>CERTIFICATE OF NONCONCURRENCE</u>

I, Theodore H. Jobes, hereby certify that concurrence was sought from counsel for Plaintiffs in Defendants' Joint Motion to Exclude the Testimony of Plaintiffs' Expert, Professor Alan P. Manning. Plaintiffs' counsel does not concur in this Motion.

<u>/s/ Theodore H. Jobes</u>
Theodore H. Jobes

Dated: June 14, 2024

## **CERTIFICATE OF SERVICE**

I, Theodore H. Jobes, hereby certify that a true and correct copy of the foregoing Defendants' Joint Motion to Exclude the Testimony of Plaintiffs' Expert, Professor Alan P. Manning, the Proposed Order, Memorandum of Law, and Exhibits were served upon all counsel of record via electronic mail and electronic filing this 14th day of June 2024.

*/s/ Theodore H. Jobes*
Theodore H. Jobes