# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE GEISINGER SYSTEM SERVICES AND EVANGELICAL COMMUNITY HOSPITAL HEALTHCARE WORKERS ANTITRUST LITIGATION | No.: 4:21–cv–196 (MWB) <br><br> Chief Judge Brann |

## **ORDER**

AND NOW, this \_\_\_\_ day of _____, 2024, upon consideration of Defendants Evangelical Community Hospital and Geisinger System Services' Joint Motion to Exclude the Testimony of Plaintiffs' Expert, Professor Alan P. Manning, and Plaintiffs' opposition thereto, IT IS HEREBY ORDERED THAT the Motion is GRANTED. The proposed expert testimony and reports of Professor Alan P. Manning are excluded from evidence and shall not be considered in the class certification proceedings and any trial of the above-captioned matter.

BY THE COURT:

_____
Matthew W. Brann
Chief United States District Judge