# EXHIBIT A

# Expert Report of Alan Manning

# (filed under seal)