# EXHIBIT B

# Rebuttal Expert Report of Alan Manning

# (filed under seal)