# EXHIBIT C

# Deposition Transcript of Alan Manning

# (filed under seal)