# EXHIBIT D

# Expert Report of Laurence Baker, PH.D.

# (filed under seal)