# EXHIBIT E

# Plaintiffs' Amended Revised Objections and Responses to Defendants' First Set of Interrogatories

# (filed under seal)