UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE GEISINGER SYSTEM SERVICES AND EVANGELICAL COMMUNITY HOSPITAL HEALTHCARE WORKERS ANTITRUST LITIGATION | No. 4:21–cv–00196<br><br>Chief Judge Matthew W. Brann |

### PLAINTIFFS' MOTION TO EXCLUDE AN OPINION AND RELATED ANALYSES OF DR. LAURENCE BAKER

Plaintiffs respectfully move to exclude an opinion and related analyses of Defendants' expert, Dr. Laurence Baker. Specifically, the Court should exclude Dr. Baker's wage suppression test, results, analyses, or resulting conclusions set forth at paragraphs 137 to 145 of the Expert Report of Laurence Baker, Ph.D. (March 8, 2024) (Further Corrected) and Exhibits 12-13 thereto.

In support of this motion, Plaintiffs rely upon the accompanying Memorandum of Law, the Appendix of Unpublished Opinions, and the proposed Order as well as the Declaration of Adam J. Zapala and Exhibits thereto concurrently submitted.

Pursuant to Local Rule 7.1, Interim Co-Lead Counsel for Plaintiffs and the Proposed Class certify they have sought concurrence in this motion from each Defendant (Geisinger System Services and Evangelical Community Hospital) and that it has been denied by each Defendant.

Dated: June 14, 2024

/s/ *Adam J. Zapala*
Adam J. Zapala (*Pro Hac Vice*)
Elizabeth T. Castillo (*Pro Hac Vice*)
James G.B. Dallal (*Pro Hac Vice*)
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Road
Burlingame, CA 94010
Phone: (650) 697-6000
Fax: (650) 697-0577
azapala@cpmlegal.com
ecastillo@cpmlegal.com
jdallal@cpmlegal.com

Alexander E. Barnett (*Pro Hac Vice*)
**COTCHETT, PITRE & McCARTHY, LLP**
40 Worth Street, Suite 602
New York, NY 10013
Phone: (212) 201-6820
abarnett@cpmlegal.com

Respectfully submitted,

/s/ *Eric L. Cramer*
Eric L. Cramer (PA Bar No. 69289)
Shanon Jude Carson (PA Bar No. 85957)
Candice J. Enders (PA Bar No. 92107)
Michael J. Kane (PA Bar No. 73998)
Michaela L. Wallin (*Pro Hac Vice*)
J. Taylor Hollinger (PA Bar No. 332706)
**BERGER MONTAGUE PC**
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Phone: (215) 875-4604
Fax: (215) 875–5707
ecramer@bm.net
scarson@bm.net
cenders@bm.net
mkane@bm.net
mwallin@bm.net
thollinger@bm.net

Daniel J. Walker (*Pro Hac Vice*)
**BERGER MONTAGUE PC**
1001 G Street, NW
Suite 400 East
Washington, DC 20001
Phone: (202) 559-9745
dwalker@bm.net

*Interim Co-Lead Counsel for Plaintiffs and the Proposed Class*

**CERTIFICATE OF SERVICE**

I, Adam J. Zapala, hereby certify that on June 14, 2024, I filed a true and correct copy of the foregoing Plaintiffs' Motion to Exclude an Opinion and Related Analyses of Dr. Laurence Baker via ECF and mail to the Clerk of Court. I further certify that the same documents were served via email upon all counsel of record in this matter.

/s/ Adam J. Zapala
Adam J. Zapala