## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GEISINGER SYSTEM SERVICES AND EVANGELICAL COMMUNITY HOSPITAL HEALTHCARE WORKERS ANTITRUST LITIGATION | No. 4:21–cv–00196<br><br>Chief Judge Matthew W. Brann |

### <u>DECLARATION OF ADAM J. ZAPALA</u>

I, ADAM J. ZAPALA, declare and state as follows:

1.      I am an attorney duly licensed to practice law in California and admitted to practice in this Court. I am a partner with Cotchett, Pitre & McCarthy, LLP, and an attorney for Plaintiffs in the above-captioned matter. I have personal knowledge of the facts set forth in this Declaration, and, if called as a witness, I could and would testify to them. I make this declaration pursuant to 28 U.S.C. § 1746.

2.      I submit this Declaration in support of Plaintiffs' Motion for Class Certification and Memorandum in Support thereof and Plaintiffs' Motion to Exclude an Opinion and Related Analyses of Dr. Laurence Baker and Memorandum in support thereof (together, "Motions") concurrently submitted herewith.

3.      Since the inception of this litigation in 2021, Nichole Leib and Kevin Brokenshire have responded to 22 document requests, 35 interrogatories, and 10 requests for admission. They assisted counsel in the collection of documents of over 120,000 documents from personal electronic devices, email accounts, and social

media accounts. Each sat for two depositions totaling over 10 hours of testimony on the record for both.

4.    Attached hereto are true and correct copies of the following Exhibits:

| Exhibit No. | Expert Materials |
|---|---|
| 1 | Expert Report of Edward Leamer, Ph.D. (Plaintiffs' Expert) (January 16, 2024) |
| 2 | Errata to the Expert Report of Professor Edward Leamer (January 19, 2024) |
| 3 | Expert Report of Edward Leamer, Ph.D. (Corrected) (LR1) (January 16, 2024) |
| 4 | Expert Report of Professor Alan Manning (Plaintiffs' Expert) (MR1) (January 16, 2024) |
| 5 | Expert Report of Laurence Baker, Ph.D. (Defendants' Expert) (March 8, 2024) |
| 6 | Errata to Expert Report of Laurence Baker, Ph.D. (March 12, 2024) |
| 7 | Expert Report of Laurence Baker, Ph.D. (Corrected) (March 8, 2024) |
| 8 | Errata to Expert Report of Laurence Baker, Ph.D. (April 25, 2024) |
| 9 | Expert Report of Laurence Baker, Ph.D. (Further Corrected) (BR) (March 8, 2024) |
| 10 | Rebuttal Report of Edward Leamer, Ph.D. (LR2) (April 19, 2024) |
| 11 | Rebuttal Report of Professor Alan Manning (MR2) (April 19, 2024) |
| 12 | Excerpt of Deposition Transcript of Laurence Baker, Ph.D. (May 28, 2024) |
| | **Case Documents and Transcripts** |
| 13 | GHS-LIT-01035394 |
| 14 | EVAN0004817 |
| 15 | GHS-LIT-00253974 |
| 16 | GHS-LIT-00253952 |
| 17 | GHS-LIT-00193611 |
| 18 | GHS-LIT-00193668 |

| 19 | GHS-LIT-00193741 |
|----|------------------|
| 20 | EVAN0002847 |
| 21 | GHS-LIT-00161134 |
| 22 | EVAN0130786 |
| 23 | EVAN0001701 |
| 24 | EVAN0021411 |
| 25 | EVAN0004815 |
| 26 | EVAN0003354 |
| 27 | EVAN0003356 |
| 28 | EVAN0128301 |
| 29 | EVAN0004060 |
| 30 | EVAN0005276 |
| 31 | EVAN0129792 |
| 32 | EVAN0135848 |
| 33 | EVAN0138306 |
| 34 | EVAN0021180 |
| 35 | GHS-LIT-00193615 |
| 36 | Excerpt of GHS-LIT-01783832 |
| 37 | GHS-LIT-00193704 |
| 38 | EVAN0023364 |
| 39 | GHS-LIT-00193521 |
| 40 | GHS-LIT-00371270 |
| 41 | GHS-LIT-00298546 |
| 42 | EVAN0147787 |
| 43 | EVAN0193633 |
| 44 | GHS-LIT-01738214 |
| 45 | GHS-LIT-00391107 |
| 46 | EVAN0203845 |
| 47 | GHS-LIT-01035157 |
| 48 | GHS-LIT-00473901 |
| 49 | Excerpt of Deposition Transcript of Angela Hummel (Evangelical) (July 18, 2023) |
|    | **Other Documents** |
| 50 | Complaint, *United States v. Geisinger Health and Evangelical Cmty. Hosp.*, No. 4:20-cv-01383-MWB (M.D. Pa. Aug. 5, 2020), ECF No. 1 |

5.      I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed this 14th day of June 2024 in Burlingame, California.

_/s/ Adam J. Zapala_
Adam J. Zapala

**CERTIFICATE OF SERVICE**

I, Adam J. Zapala, hereby certify that on June 14, 2024, I filed a true and correct copy of the foregoing Declaration of Adam J. Zapala and Exhibits thereto via ECF and mail to the Clerk of Court. I further certify that the same documents were served via email upon all counsel of record in this matter.

*/s/  Adam J. Zapala*
Adam J. Zapala