# EXHIBITS 1 - 49

## Documents Pending Sealing Decision