# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE GEISINGER SYSTEM SERVICES AND EVANGELICAL COMMUNITY HOSPITAL HEALTHCARE WORKERS ANTITRUST LITIGATION | No.: 4:21–cv–196 (MWB)<br><br>Chief Judge Brann |

## [PROPOSED] ORDER

AND NOW, this ____ day of _____, 2024, upon consideration of Defendants Geisinger System Services and Evangelical Community Hospital's Joint Motion to Exclude the Testimony of Plaintiffs' Expert, Edward Leamer, Ph.D., and Plaintiffs' opposition thereto, IT IS HEREBY ORDERED THAT the Motion is GRANTED. The proposed expert testimony and reports of Edward Leamer, Ph.D., are excluded from evidence and shall not be considered in the class certification, any pretrial motions, and trial of the above-captioned matter.

BY THE COURT:

_____
Matthew W. Brann
Chief United States District Judge