**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE GEISINGER SYSTEM SERVICES AND EVANGELICAL COMMUNITY HOSPITAL HEALTHCARE WORKERS ANTITRUST LITIGATION | No. 4:21–cv–00196<br><br>Chief Judge Matthew W. Brann |

**MOTION FOR LEAVE TO FILE UNDER SEAL**

Pursuant to Local Rule 5.8, Plaintiffs, by and through their undersigned counsel, hereby move for leave to file under seal the following documents:

1. Plaintiffs' Memorandum of Law in Support of Motion for Class Certification;

2. Plaintiffs' Memorandum of Law in Support of Motion to Exclude an Opinion and Related Analyses of Dr. Laurence Baker; and

3. The Declaration of Adam J. Zapala and Exhibits thereto.

A redacted copy of these documents has been filed by ECF and an unredacted copy of these documents has been filed by mail to the Clerk of the Court concurrently

with this Motion, pending sealing decision by the Court. Along with this Motion, Plaintiffs submit a Statement of Justification in Support and a proposed Order.

**WHEREFORE**, Plaintiffs respectfully request that the Court file under seal an unredacted copy of the above-referenced documents.

| | |
|---|---|
| Date: June 14, 2024 | Respectfully submitted, |
| /s/ *Adam J. Zapala* | /s/ *Eric J. Cramer* |
| Adam J. Zapala (*Pro Hac Vice*) | Eric L. Cramer (PA Bar No. 69289) |
| Elizabeth T. Castillo (*Pro Hac Vice*) | (*Pro Hac Vice*) |
| James G. Dallal (*Pro Hac Vice*) | Shanon Jude Carson (PA Bar No. 85957) |
| **COTCHETT, PITRE & McCARTHY, LLP** | Candice J. Enders (PA Bar No. 92107) (*Pro Hac Vice*) |
| 840 Malcolm Road | Michael J. Kane (PA Bar No. 73998) (*Pro Hac Vice*) |
| Burlingame, CA 94010 | Michaela L. Wallin (*Pro Hac Vice*) |
| Phone: (650) 697-6000 | J. Taylor Hollinger (PA Bar No. 332706) (*Pro Hac Vice*) |
| Fax: (650) 697-0577 | **BERGER MONTAGUE PC** |
| azapala@cpmlegal.com | 1818 Market Street, Suite 3600 |
| ecastillo@cpmlegal.com | Philadelphia, PA 19103 |
| jdallal@cpmlegal.com | Phone: (215) 875-4604 |
| | Fax: (215) 875-5707 |
| Alexander E. Barnett (*Pro Hac Vice*) | ecramer@bm.net |
| **COTCHETT, PITRE & McCARTHY, LLP** | scarson@bm.net |
| 40 Worth Street, Suite 602 | cenders@bm.net |
| New York, NY 10013 | mkane@bm.net |
| Phone: (212) 201-6820 | mwallin@bm.net |
| abarnett@cpmlegal.com | thollinger@bm.net |
| | |
| | Daniel J. Walker (*Pro Hac Vice*) |
| | **BERGER MONTAGUE PC** |
| | 1001 G Street, NW |
| | Suite 400 East |

Washington, DC 20001
Phone: (202) 559-9745
dwalker@bm.net

*Interim Co-Lead Counsel for Plaintiffs and the Proposed Class*

## **CERTIFICATE OF CONCURRENCE**

I, Adam J. Zapala, hereby certify that concurrence was sought from counsel for Defendants Geisinger System Services and Evangelical Community Hospital in this Motion for Leave to File Under Seal. As of 4:00pm EDT on June 14, 2024, counsel for Defendants have not responded to this inquiry.


Date: June 14, 2024                                                      */s/ Adam J. Zapala*
                                                                                             Adam J. Zapala

## CERTIFICATE OF SERVICE

I, Adam J. Zapala, hereby certify that a true and correct copy of the foregoing Motion for Leave to File Under Seal was served upon all counsel of record via electronic mail on this 14th day of June, 2024.

Date: June 14, 2024                                      */s/ Adam J. Zapala*
                                                         Adam J. Zapala