UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE GEISINGER SYSTEM SERVICES AND EVANGELICAL COMMUNITY HOSPITAL HEALTHCARE WORKERS ANTITRUST LITIGATION | No. 4:21–cv–00196<br><br>Chief Judge Matthew W. Brann |

# ORDER

**AND NOW**, this ____ day of _____, 2024, upon consideration of Plaintiffs' Motion for Leave to File Under Seal, **IT IS HEREBY ORDERED** that the Motion is **GRANTED**. The Clerk of Court is directed to file under seal an unredacted copy of Plaintiffs' Memorandum of Law in support of their Motion for Class Certification, Memorandum of Law in support of their Motion to Exclude an Opinion and Related Analyses of Dr. Laurence Baker, and Declaration of Adam J. Zapala and Exhibits thereto.

BY THE COURT:

_____
Matthew W. Brann
Chief United States District Judge