IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FILED
SCRANTON
JUN 1 4 2024
Per _____
DEPUTY CLERK

| | | |
|---|---|---|
| IN RE: GEISINGER SYSTEM SERVICES and EVANGELICAL COMMUNITY HOSPITAL HEALTHCARE WORKERS ANTITRUST LITIGATION | : : : : : : | NO. 4:21-cv-00196  CHIEF JUDGE BRANN  FILED UNDER SEAL |

## MOTION TO FILE UNDER SEAL

Pursuant to Middle District Local Rule 5.8, Defendants Geisinger System Services and Evangelical Community Hospital, by and through their undersigned counsel, hereby move for leave to file under seal Exhibits A-E to Defendants' Joint Memorandum in Support of their Joint Motion to Exclude the Testimony of Plaintiffs' Expert, Professor Alan P. Manning. Defendants submit a Statement of Justification in Support and a proposed Order along with this Motion.

WHEREFORE, Defendants Geisinger System Services and Evangelical Community Hospital respectfully request that the Court file under seal Exhibits A-E to Defendants' Joint Memorandum in Support of their Joint Motion to Exclude the Testimony of Plaintiffs' Expert, Professor Alan P. Manning.

Respectfully submitted,

_____
Daniel T. Brier
Donna A. Walsh
Richard L. Armezzani
Myers, Brier & Kelly, LLP
425 Biden Street, Suite 200
Scranton, PA 18503

        Chahira Solh (*Admitted Pro Hac Vice*)
        Crowell & Moring LLP
        3 Park Plaza, 20th Floor
        Irvine, CA  92614

        Stefan M. Meisner (*Admitted Pro Hac Vice*)
        Crowell & Moring LLP
        1001 Pennsylvania Avenue NW
        Washington, DC  20004

        Rosa M. Morales (*Admitted Pro Hac Vice*)
        Crowell & Moring LLP
        Two Manhattan West
        375 Ninth Avenue
        New York, NY  10001

        *Counsel for Defendant, Geisinger System Services*

        Stephanie Resnick
        Theodore H. Jobes
        John C. Fuller
        Shannon M. Doughty
        Fox Rothschild LP
        2000 Market Street, 20th Floor
        Philadelphia, PA  19103

        Norman Armstrong, Jr.
        King & Spalding LLP
        1700 Pennsylvania Avenue
        Washington, DC  20006

        *Attorneys for Defendant, Evangelical Community Hospital*

Date:  June 14, 2024

## CERTIFICATE OF NONCONCURRENCE

I, Daniel T. Brier, hereby certify that concurrence was sought from counsel for Plaintiffs in this Motion To Seal. As of 3:30 pm EST on June 14, 2024, counsel for Plaintiffs have not responded to this inquiry.

_____
Daniel T. Brier

Date: June 14, 2024

## CERTIFICATE OF SERVICE

I, Daniel T. Brier, hereby certify that a true and correct copy of the foregoing Motion for Leave to File Under Seal was served upon all counsel of record via electronic mail on this 14th day of June 2024:

_____
Daniel T. Brier