**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE: GEISINGER SYSTEM** | : | **NO. 4:21-cv-00196** |
| **SERVICES and EVANGELICAL** | : | |
| **COMMUNITY HOSPITAL** | : | **CHIEF JUDGE BRANN** |
| **HEALTHCARE WORKERS** | : | |
| **ANTITRUST LITIGATION** | : | |

## ORDER

AND NOW, this _____ day of _____, 2024, upon consideration

of Defendants Geisinger System Services and Evangelical Community Hospital's

Motion To File Under Seal, IT IS HEREBY ORDERED that the Motion is

GRANTED and the Clerk of Court is directed to seal Exhibits A-E to Defendants'

Joint Memorandum in Support of their Joint Motion To Exclude the Testimony of

Plaintiffs' Expert, Professor Alan P. Manning.

BY THE COURT:

_____
Matthew W. Brann
Chief United States District Judge