IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: GEISINGER SYSTEM SERVICES and EVANGELICAL COMMUNITY HOSPITAL HEALTHCARE WORKERS ANTITRUST LITIGATION | : : : : : : | NO. 4:21-cv-00196  PER DJ<br><br>CHIEF JUDGE BRANN<br><br>FILED UNDER SEAL |

*FILED SCRANTON JUN 14 2024 PER DJ DEPUTY CLERK*

## MOTION TO FILE UNDER SEAL

Pursuant to Middle District Local Rule 5.8, Defendants Geisinger System Services and Evangelical Community Hospital, by and through their undersigned counsel, hereby move for leave to file under seal Exhibits A-G, I, M, N, and P to Defendants' Joint Memorandum in Support of their Joint Motion To Exclude the Testimony of Plaintiffs' Expert, Professor Edward Leamer. Defendants submit a Statement of Justification in Support and a proposed Order along with this Motion.

WHEREFORE, Defendants Geisinger System Services and Evangelical Community Hospital respectfully request that the Court file under seal Exhibits A-G, I, M, N, and P to Defendants' Joint Memorandum in Support of their Joint Motion To Exclude the Testimony of Plaintiffs' Expert, Professor Edward Leamer.

Respectfully submitted,

/s/ signature

Daniel T. Brier
Donna A. Walsh
Richard L. Armezzani
Myers, Brier & Kelly, LLP
425 Biden Street, Suite 200
Scranton, PA 18503

> Chahira Solh (*Admitted Pro Hac Vice*)
> Crowell & Moring LLP
> 3 Park Plaza, 20th Floor
> Irvine, CA  92614
>
> Stefan M. Meisner (*Admitted Pro Hac Vice*)
> Crowell & Moring LLP
> 1001 Pennsylvania Avenue NW
> Washington, DC  20004
>
> Rosa M. Morales (*Admitted Pro Hac Vice*)
> Crowell & Moring LLP
> Two Manhattan West
> 375 Ninth Avenue
> New York, NY  10001
>
> *Counsel for Defendant, Geisinger System Services*
>
> Stephanie Resnick
> Theodore H. Jobes
> John C. Fuller
> Shannon M. Doughty
> Fox Rothschild LP
> 2000 Market Street, 20th Floor
> Philadelphia, PA  19103
>
> Norman Armstrong, Jr.
> King & Spalding LLP
> 1700 Pennsylvania Avenue
> Washington, DC  20006
>
> *Attorneys for Defendant, Evangelical Community Hospital*

Date:  June 14, 2024

2

## CERTIFICATE OF NONCONCURRENCE

I, Daniel T. Brier, hereby certify that concurrence was sought from counsel for Plaintiffs in this Motion To Seal. As of 3:30 pm EST on June 14, 2024, counsel for Plaintiffs have not responded to this inquiry.

_____
Daniel T. Brier

Date: June 14, 2024

## **CERTIFICATE OF SERVICE**

I, Daniel T. Brier, hereby certify that a true and correct copy of the foregoing Motion for Leave to File Under Seal was served upon all counsel of record via electronic mail on this 14th day of June 2024:

_____
Daniel T. Brier