IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: GEISINGER SYSTEM SERVICES and EVANGELICAL COMMUNITY HOSPITAL HEALTHCARE WORKERS ANTITRUST LITIGATION | : : : : : : | NO. 4:21-cv-00196<br><br>CHIEF JUDGE BRANN |

# ORDER

AND NOW, this 18th day of June, 2024, upon consideration of Defendants Geisinger System Services and Evangelical Community Hospital's Motion To File Under Seal, IT IS HEREBY ORDERED that the Motion is GRANTED and the Clerk of Court is directed to seal Exhibits A-E to Defendants' Joint Memorandum in Support of their Joint Motion To Exclude the Testimony of Plaintiffs' Expert, Professor Alan P. Manning.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge