UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GEISINGER HEALTH AND EVANGELICAL COMMUNITY HOSPITAL HEALTHCARE WORKERS ANTITRUST LITIGATION | CASE NO. 4:21-cv-00196-MWB |

## WITHDRAWAL OF APPEARANCE

**TO THE CLERK OF COURTS:**

    Kindly withdraw the appearance of Shannon M. Doughty, Esquire, on behalf of Defendant, Evangelical Community Hospital, in the above-captioned matter.

                                    Respectfully submitted,
                                    **FOX ROTHSCHILD LLP**

                By:    */s/ Shannon M. Doughty*
                                    Shannon M. Doughty, Esquire
                                    Attorney for Defendant,
                                    Evangelical Community Hospital

Dated: July 18, 2024

## CERTIFICATE OF SERVICE

I, Shannon M. Doughty, Esquire, hereby certify that on this 18th day of July 2024, I caused to be served the foregoing Withdrawal of Appearance to be electronically filed with the Court via the court's e-filing system, which will issue notice and copy to counsel of record.

                                                **FOX ROTHSCHILD LLP**

                                                By:    */s/ Shannon M. Doughty*
                                                                 Shannon M. Doughty

Dated: July 18, 2024