IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FILED
WILLIAMSPORT

AUG 06 2024

EA
_____
DEPUTY CLERK

| | | |
|---|---|---|
| IN RE: GEISINGER SYSTEM SERVICES and EVANGELICAL COMMUNITY HOSPITAL HEALTHCARE WORKERS ANTITRUST LITIGATION | : : : : : | NO. 4:21-cv-00196<br><br>CHIEF JUDGE BRANN<br><br>FILED UNDER SEAL |

## MOTION TO FILE UNDER SEAL

Pursuant to Middle District Local Rule 5.8, Defendants Geisinger System Services and Evangelical Community Hospital, by and through their undersigned counsel, hereby move for leave to file under seal an unredacted copy of Defendants' Joint Opposition to Plaintiffs' Motion for Class Certification, along with supporting Exhibits 1-91. Defendants submit a Statement of Justification in Support and a proposed Order along with this Motion.

WHEREFORE, Defendants Geisinger System Services and Evangelical Community Hospital respectfully request that the Court file under seal an unredacted

copy of Defendants' Joint Opposition to Plaintiffs' Motion for Class Certification, along with supporting Exhibits 1-91.

                                              Respectfully submitted,

*/s/ Richard Armezzani*

Daniel T. Brier
Donna A. Walsh
Richard L. Armezzani
Myers, Brier & Kelly, LLP
425 Biden Street, Suite 200
Scranton, PA 18503
Chahira Solh (*Admitted Pro Hac Vice*)
Crowell & Moring LLP
3 Park Plaza, 20th Floor
Irvine, CA 92614


Stefan M. Meisner (*Admitted Pro Hac Vice*)
Crowell & Moring LLP
1001 Pennsylvania Avenue NW
Washington, DC 20004

Rosa M. Morales (*Admitted Pro Hac Vice*)
Crowell & Moring LLP
Two Manhattan West
375 Ninth Avenue
New York, NY 10001

*Counsel for Defendant, Geisinger System Services*

2

        Stephanie Resnick
        Theodore H. Jobes
        John C. Fuller
        Shannon M. Doughty
        Fox Rothschild LP
        2000 Market Street, 20th Floor
        Philadelphia, PA 19103

        Norman Armstrong, Jr.
        King & Spalding LLP
        1700 Pennsylvania Avenue
        Washington, DC 20006

        *Attorneys for Defendant, Evangelical Community Hospital*

Date: August 6, 2024

## CERTIFICATE OF NONCONCURRENCE

I, Richard L. Armezzani, hereby certify that concurrence was sought from counsel for Plaintiffs in this Motion To Seal. As of 2:00 pm EST on August 6, 2024, counsel for Plaintiffs have not responded to this inquiry.

_____
Richard L. Armezzani

Date: August 6, 2024

## CERTIFICATE OF SERVICE

I, Richard L. Armezzani, hereby certify that a true and correct copy of the foregoing Motion for Leave to File Under Seal was served upon all counsel of record via electronic mail on this 6th day of August 2024:

_____
Richard L. Armezzani