IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: GEISINGER SYSTEM SERVICES and EVANGELICAL COMMUNITY HOSPITAL HEALTHCARE WORKERS ANTITRUST LITIGATION | : : : : : : | NO. 4:21-cv-00196<br><br>CHIEF JUDGE BRANN |

## ORDER

AND NOW, this _____ day of _____, 2024, upon consideration of Defendants Geisinger System Services and Evangelical Community Hospital's Motion To File Under Seal, IT IS HEREBY ORDERED that the Motion is GRANTED and the Clerk of Court is directed to seal an unredacted copy of Defendants' Joint Opposition to Plaintiffs' Motion for Class Certification, along with supporting Exhibits 1-91.

BY THE COURT:

_____
Matthew W. Brann
Chief United States District Judge