# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE GEISINGER SYSTEM SERVICES AND EVANGELICAL COMMUNITY HOSPITAL HEALTHCARE WORKERS ANTITRUST LITIGATION | No. 4:21–cv–00196<br><br>Chief Judge Matthew W. Brann |

## ORDER

**AND NOW**, this 30th day of August 2024, upon consideration of Defendants' Joint Motion for Leave to File Under Seal, **IT IS HEREBY ORDERED** that the Motion is **GRANTED**. The Clerk of Court is directed to file under seal an unredacted copy of Defendants' Joint Reply Memorandum in Support of their Joint Motion to Exclude the Testimony of Plaintiffs' Expert, Prof. Alan P. Manning.

BY THE COURT:

*s/ Matthew W. Brann*

Matthew W. Brann
Chief United States District Judge