UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

FILED
WILLIAMSPORT
SEP 03 2024
PER NR
DEPUTY CLERK

| | |
|---|---|
| IN RE GEISINGER SYSTEM SERVICES AND EVANGELICAL COMMUNITY HOSPITAL HEALTHCARE WORKERS ANTITRUST LITIGATION | No. 4:21-cv-00196<br><br>Chief Judge Matthew W. Brann |

## MOTION FOR LEAVE TO FILE UNDER SEAL

Pursuant to Local Rule 5.8, Plaintiffs, by and through their undersigned counsel, hereby move for leave to file under seal the following documents:

1. Plaintiffs' Memorandum of Law in Reply to Defendants' Joint Opposition to Plaintiffs' Motion for Class Certification; and

2. Plaintiffs' Memorandum of Law in Reply to Defendants' Opposition to Exclude an Opinion and Related Analyses of Dr. Laurence Baker.

A redacted copy of these documents has been filed by ECF and an unredacted copy of these documents has been filed by mail to the Clerk of the Court concurrently with this Motion, pending sealing decision by the Court. Along with this Motion, Plaintiffs submit a Statement of Justification in Support and a proposed Order.

**WHEREFORE**, Plaintiffs respectfully request that the Court file under seal an unredacted copy of the above-referenced documents.

Date: August 30, 2024

*/s/ Adam J. Zapala*
Adam J. Zapala (*Pro Hac Vice*)
Elizabeth T. Castillo (*Pro Hac Vice*)
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Road
Burlingame, CA 94010
Phone: (650) 697-6000
Fax: (650) 697-0577
azapala@cpmlegal.com
ecastillo@cpmlegal.com

Respectfully submitted,

*/s/ Eric J. Cramer*
Eric L. Cramer (PA Bar No. 69289) (*Pro Hac Vice*)
Shanon Jude Carson (PA Bar No. 85957)
Candice J. Enders (PA Bar No. 92107) (*Pro Hac Vice*)
Michael J. Kane (PA Bar No. 73998) (*Pro Hac Vice*)
Michaela L. Wallin (*Pro Hac Vice*)
J. Taylor Hollinger (PA Bar No. 332706) (*Pro Hac Vice*)
**BERGER MONTAGUE PC**
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Phone: (215) 875-4604
Fax: (215) 875-5707
ecramer@bm.net
scarson@bm.net
cenders@bm.net
mkane@bm.net
mwallin@bm.net
thollinger@bm.net

Daniel J. Walker (*Pro Hac Vice*)
**BERGER MONTAGUE PC**
1001 G Street, NW
Suite 400 East
Washington, DC 20001
Phone: (202) 559-9745
dwalker@bm.net

*Interim Co-Lead Counsel for Plaintiffs and the Proposed Class*

## **CERTIFICATE OF CONCURRENCE**

    I, Adam J. Zapala, hereby certify that concurrence was sought from counsel for Defendants Geisinger System Services and Evangelical Community Hospital in this Motion for Leave to File Under Seal. As of 4:00pm EDT on August 30, 2024, counsel for Defendants have not responded to this inquiry.

Date:  August 30, 2024                                       */s/ Adam J. Zapala*
                                                                     Adam J. Zapala

## **CERTIFICATE OF SERVICE**

    I, Adam J. Zapala, hereby certify that a true and correct copy of the foregoing Motion for Leave to File Under Seal was served upon all counsel of record via electronic mail on this 30th day of August, 2024.

Date: August 30, 2024     */s/ Adam J. Zapala*
                                                                    Adam J. Zapala