# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE GEISINGER SYSTEM SERVICES AND EVANGELICAL COMMUNITY HOSPITAL HEALTHCARE WORKERS ANTITRUST LITIGATION | No. 4:21–cv–00196<br><br>Chief Judge Matthew W. Brann |

## ORDER

**AND NOW**, this ____ day of _____, 2024, upon consideration of Plaintiffs' Motion for Leave to File Under Seal, **IT IS HEREBY ORDERED** that the Motion is **GRANTED**. The Clerk of Court is directed to file under seal an unredacted copy of Plaintiffs' Memorandum of Law in Reply to Defendants' Joint Opposition to Plaintiffs' Motion for Class Certification and Plaintiffs' Memorandum of Law in Reply to Defendants' Opposition to Exclude an Opinion and Related Analyses of Dr. Laurence Baker.

**BY THE COURT:**

_____
Matthew W. Brann
Chief United States District Judge