UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE GEISINGER SYSTEM SERVICES AND EVANGELICAL COMMUNITY HOSPITAL HEALTHCARE WORKERS ANTITRUST LITIGATION | Case No.: 4:21-CV-00196-MWB<br><br>Chief Judge Brann |

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE THAT Alexander E. Barnett, James G. Dallal, and Reid W. Gaa are no longer attorneys at the law firm of Cotchett, Pitre & McCarthy, LLP and are hereby withdrawn as counsel for Plaintiffs. Mr. Barnett, Mr. Dallal, and Mr. Gaa should be removed from the Court's service list with respect to this action. The law firm of Cotchett, Pitre & McCarthy, LLP continues to represent Plaintiffs and should continue to be reflected as Co-Lead Counsel. All future correspondence and papers in this action should continue to be directed to Adam J. Zapala and Elizabeth T. Castillo.

Dated: November 4, 2024

Respectfully submitted,

/s/ *Adam J. Zapala*
Adam J. Zapala
Elizabeth T. Castillo
**COTCHETT, PITRE & MCCARTHY, LLP**
840 Malcolm Road, Suite 200

1

Burlingame, CA 94010
Tel: (650) 697-6000
azapala@cpmlegal.com
ecastillo@cpmlegal.com

*Interim Co-Lead Counsel for Plaintiffs and the Proposed Class*

## **CERTIFICATE OF SERVICE**

    I certify that on November 4, 2024, the foregoing was filed electronically using the CM/ECF System. Notice of this filing will be sent to all parties in this case by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

    */s/ Adam J. Zapala*
    Adam J. Zapala