UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE GEISINGER SYSTEM SERVICES AND EVANGELICAL COMMUNITY HOSPITAL HEALTHCARE WORKERS ANTITRUST LITIGATION | No.: 4:21–cv–00196 (MWB)<br><br>Chief Judge Matthew W. Brann |

# ORDER

**AND NOW**, this 28th day of February 2025, upon consideration of the Joint Case Status Report (Doc. 231), and subject to the conditions the Parties agreed to in their Joint Case Status Report referenced herein, **IT IS HEREBY ORDERED** that the Parties shall complete all outstanding expert disclosures and expert discovery according to the following deadlines.

1. **No later than seven (7) days** from the filing of this Joint Case Status Report, Plaintiffs shall supplement Dr. Johnson's expert report, served on January 17, 2025, to (i) identify the prior representations in which he served as a testifying expert in the past four (4) years, and (ii) disclose all publications during the 10-year period required under Fed. R. Civ. P. 26.

2. **No later than thirty (30) days** from the filing of this Joint Case Status Report, Plaintiffs shall produce Dr. Johnson for deposition by Defendants in Washington, D.C., at an agreed-upon date and time.

3. **Within thirty (30) days following Dr. Johnson's deposition**, Defendants shall indicate to Plaintiffs whether they intend to: (i) supplement their opposition to Plaintiffs' motion for class certification; (ii) supplement their motion to exclude Dr. Manning; (iii) pursue any additional discovery from Dr. Johnson, including the communications between Drs. Johnson and Leamer; and/or (iv) file a new motion to exclude the testimony of Dr. Johnson.

4. **Within seven (7) days of Defendants' disclosures under Paragraph 3 of this Order**, the Parties shall file with the Court an updated status report regarding the status of expert discovery and submit a proposed schedule to complete any briefing on the class certification and *Daubert* motions and present any discovery issue for resolution by the Court. The Parties shall endeavor to reach agreement on that scheduling. If there is no supplemental briefing, **within seven (7) days of Defendants' notice,** the Parties shall request that the Court reschedule the hearing on the pending motions.

**BY THE COURT**:

*s/ Matthew W. Brann*
_____
MATTHEW W. BRANN
Chief United States District Judge