# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE GEISINGER SYSTEM SERVICES AND EVANGELICAL COMMUNITY HOSPITAL HEALTHCARE WORKERS ANTITRUST LITIGATION | No. 4:21–cv–00196<br><br>Chief Judge Matthew W. Brann |

## NOTICE OF SETTLEMENT

Plaintiffs Nichole Leib and Kevin Brokenshire on behalf of themselves and the Settlement Class ("Plaintiffs") and Evangelical Community Hospital ("Evangelical") are pleased to inform the Court that they have reached a settlement in principle to resolve this case as against Evangelical. The case will continue as against Defendant Geisinger System Services.

Plaintiffs and Evangelical will execute a longer form settlement agreement that can be presented to the Court promptly for purposes of preliminary approval and directing settlement notice to the class consistent with Federal Rule of Civil Procedure 23.

Dated: March 13, 2025

Respectfully submitted,

/s/ *Adam J. Zapala*
Adam J. Zapala (*Pro Hac Vice*)
Elizabeth T. Castillo (*Pro Hac Vice*)
Christian S. Ruano (*Pro Hac Vice*)
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Road

/s/ *Theodore Jobes*
Stephanie Resnick
Theodore H. Jobes
John Fuller
**FOX ROTHSCHILD LLP**
Two Commerce Square
2001 Market Street

| | |
|---|---|
| Burlingame, CA 94010<br>Phone: (650) 697-6000<br>Fax: (650) 697-0577<br>azapala@cpmlegal.com<br>ecastillo@cpmlegal.com<br>cruano@cpmlegal.com | Suite 1700<br>Philadelphia, PA 19103<br>Phone: (215) 299-2000<br>sresnick@foxrothschild.com<br>tjobes@foxrothschild.com<br>jfuller@foxrothschild.com |
| /s/ Eric L. Cramer<br>Eric L. Cramer (PA Bar No. 69289)<br>Michael J. Kane (PA Bar No. 73998)<br>Michaela L. Wallin (*Pro Hac Vice*)<br>J. Taylor Hollinger (PA Bar No. 332706)<br>**BERGER MONTAGUE PC**<br>1818 Market Street, Suite 3600<br>Philadelphia, PA 19103<br>Phone: (215) 875-4604<br>Fax: (215) 875–5707<br>ecramer@bm.net<br>scarson@bm.net<br>cenders@bm.net<br>mkane@bm.net<br>mwallin@bm.net<br>thollinger@bm.net | Norman Armstrong, Jr. (*Pro Hac Vice*)<br>**KIRKLAND & ELLIS LLP**<br>1301 Pennsylvania Avenue, N.W.<br>Washington, DC 20004<br>Phone: (202) 389-3180<br>narmstrong@kirkland.com<br><br>*Attorneys for Defendant Evangelical Community Hospital* |
| Daniel J. Walker (*Pro Hac Vice*)<br>**BERGER MONTAGUE PC**<br>1001 G Street, NW<br>Suite 400 East<br>Washington, DC 20001<br>Phone: (202) 559-9745<br>dwalker@bm | |

*Interim Co-Lead Counsel for Plaintiffs*

2

## CERTIFICATE OF SERVICE

I, Adam J. Zapala, hereby certify that on March 13, 2025, I caused a true and correct copy of the foregoing Notice of Settlement to be served by ECF Notification upon all counsel of record.

                                                                /s/ *Adam J. Zapala*
                                                                Adam J. Zapala