# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE GEISINGER SYSTEM SERVICES AND EVANGELICAL COMMUNITY HOSPITAL HEALTHCARE WORKERS ANTITRUST LITIGATION | No. 4:21–cv–00196<br><br>Chief Judge Matthew W. Brann |

## NOTICE OF SETTLEMENT & REQUEST FOR STAY OF LITIGATION

Plaintiffs Nichole Leib and Kevin Brokenshire on behalf of themselves and the Settlement Class ("Plaintiffs") and Geisinger System Services, Inc. ("Geisinger") are pleased to inform the Court that they have reached a settlement in principle to resolve this case. In combination with the proposed Evangelical settlement, Plaintiffs' settlement with Geisinger will entirely resolve and conclude this litigation, subject to approval by the Court pursuant to Federal Rule of Civil Procedure 23(e)(2).

Plaintiffs and Geisinger will execute a longer form settlement agreement that can be presented to the Court promptly for purposes of preliminary approval and directing settlement notice to the class consistent with Federal Rule of Civil Procedure 23. The parties request that the Court stay this action and litigation, pending Court approval of the Geisinger and Evangelical settlements.

Dated: March 28, 2025

/s/ Adam J. Zapala
Adam J. Zapala (*Pro Hac Vice*)
Elizabeth T. Castillo (*Pro Hac Vice*)
Christian S. Ruano (*Pro Hac Vice*)
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Road
Burlingame, CA 94010
Phone: (650) 697-6000
Fax: (650) 697-0577
azapala@cpmlegal.com
ecastillo@cpmlegal.com
cruano@cpmlegal.com

/s/ Eric L. Cramer
Eric L. Cramer (PA Bar No. 69289)
Michael J. Kane (PA Bar No. 73998)
Michaela L. Wallin (*Pro Hac Vice*)
J. Taylor Hollinger (PA Bar No. 332706)
**BERGER MONTAGUE PC**
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Phone: (215) 875-4604
Fax: (215) 875–5707
ecramer@bm.net
scarson@bm.net
cenders@bm.net
mkane@bm.net
mwallin@bm.net
thollinger@bm.net

Daniel J. Walker (*Pro Hac Vice*)
**BERGER MONTAGUE PC**
1001 G Street, NW
Suite 400 East
Washington, DC 20001
Phone: (202) 559-9745

Respectfully submitted,

/s/Stefan M. Meisner
Stefan M. Meisner (*pro hac vice*)
**CROWELL & MORING LLP**
1001 Pennsylvania Avenue NW
Washington, DC 20004
Phone: (202) 624-2500
smeisner@crowell.com

Chahira Solh (*Pro Hac Vice*)
**CROWELL & MORING LLP**
3 Park Plaza, Ste. 20th Floor
Irvine, CA 92614
Phone: (949) 798-1367
csolh@crowell.com

Rosa M. Morales (*Pro Hac Vice*)
**CROWELL & MORING LLP**
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
Phone: (212) 895-4261
rmorales@crowell.com

Daniel T. Brier
Donna A. Walsh
Richard L. Armezzani
**MYERS BRIER & KELLY LLP**
425 Spruce Street, Suite 200
Scranton, PA 18503
Phone: (570) 342-6100
dbrier@mbklaw.com
dwalsh@mbklaw.com
rarmezzani@mbklaw.com

*Attorneys for Defendant Geisinger System Services, Inc.*

dwalker@bm

*Interim Co-Lead Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I, Adam J. Zapala, hereby certify that on March 28, 2025, I caused a true and correct copy of the foregoing Notice of Settlement to be served by ECF Notification upon all counsel of record.

/s/ *Adam J. Zapala*
Adam J. Zapala