# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE GEISINGER SYSTEM SERVICES AND EVANGELICAL COMMUNITY HOSPITAL HEALTHCARE WORKERS ANTITRUST LITIGATION | No. 4:21–CV–00196<br><br>Chief Judge Matthew W. Brann |

## ORDER STAYING THE LITIGATION PENDING APPROVAL OF THE SETTLEMENTS

The Court has been made aware that Plaintiffs Nichole Leib and Kevin Brokenshire on behalf of themselves and the Settlement Class ("Plaintiffs") and Geisinger System Services, Inc. ("Geisinger") and Evangelical Community Hospital ("Evangelical") reached settlements in principle to resolve this case. If approved, these settlements will entirely resolve this litigation.

Accordingly, given the current posture of the litigation, the Court hereby stays the litigation and all pending deadlines and litigation events pending approval of the proposed settlements between Plaintiffs and the Defendants.

**IT IS SO ORDERED.**

Dated: March 31, 2025

BY THE COURT:

*s/ Matthew W. Brann*
_____
Matthew W. Brann
Chief United States District Judge