## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE GEISINGER SYSTEM SERVICES AND EVANGELICAL COMMUNITY HOSPITAL HEALTHCARE WORKERS ANTITRUST LITIGATION | Case No.: 4:21-CV-00196-MWB<br><br>Chief Judge Brann |

### NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE THAT Tamarah P. Prevost is no longer an attorney at the law firm of Cotchett, Pitre & McCarthy, LLP, requiring her withdrawal as one of the counsels of record. Ms. Prevost should be removed from the Court's service list with respect to this action.

Dated: April 1, 2025

Respectfully submitted,

/s/ *Tamarah P. Prevost*
Tamarah P. Prevost

**ALTAIR LAW**
465 California Street, 5th Floor
San Francisco, CA 94104
tprevost@altairlaw.com

1

## **CERTIFICATE OF SERVICE**

    I certify that on April 1, 2025 the foregoing was filed electronically using the CM/ECF System. Notice of this filing will be sent to all parties in this case by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                       */s/ Tamarah P. Prevost*
                                                       Tamarah P. Prevost