## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE GEISINGER SYSTEM SERVICES AND EVANGELICAL COMMUNITY HOSPITAL HEALTHCARE WORKERS ANTITRUST LITIGATION | No.: 4:21-cv-00196 (MWB)<br><br>Chief Judge Matthew W. Brann |

### [proposed] ORDER

On October 3, 2025, Plaintiffs Nichole Leib and Kevin Brokenshire filed a Motion seeking to compel Defendant Geisinger System Services ("Geisinger") to produce certain information that would facilitate both the settlement claims administration process and settlement notice to the proposed settlement class;

Specifically, as part of a production of data and information reasonably necessary for purposes of effectuating settlement administration and settlement notice of the proposed settlements reached in this matter, Plaintiffs seek for Geisinger to produce the Social Security Numbers ("SSNs") in their possession, custody, or control for members of the proposed settlement class;

On October 10, 2025, Geisinger filed a response to Plaintiffs' Motion, opposing their request.

On November 7, 2025, the Court heard oral argument on Plaintiffs' request.

**AND NOW**, this \_\_\_\_ day of November 2025, upon consideration of Plaintiffs Nichole Leib and Kevin Brokenshire's request for an order directing

Geisinger to produce Social Security Numbers ("SSNs"):

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**. Geisinger shall produce the SSNs for its employees included in the proposed settlement class to the settlement administrator, A.B. Data, within 14 days of this order.

**IT IS SO ORDERED**.

                                       **BY THE COURT:**

                                       _____
                                       MATTHEW W. BRANN
                                       Chief United States District Judge