# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE GEISINGER SYSTEM SERVICES AND EVANGELICAL COMMUNITY HOSPITAL HEALTHCARE WORKERS ANTITRUST LITIGATION | No. 4:21–cv–00196<br><br>Chief Judge Matthew W. Brann |

## PLAINTIFFS' NOTICE REGARDING THE DEADLINE TO SUBMIT A PROOF OF CLAIM AND RELEASE FORM

Plaintiffs Nichole Leib and Kevin Brokenshire on behalf of themselves and the Settlement Class ("Plaintiffs") respectfully submit this Notice to advise the Court and Settlement Class of the deadline to file a claim to the Settlement Fund for those qualified Settlement Class Members who seek to challenge their pre-determined compensation amount or for those Settlement Class Members who chose to submit a Proof of Claim and Release Form. This deadline is necessary for the orderly administration of the Settlements because it brings a close to the claims filing period and enables the calculation and issuance of payments to Settlement Class Members.

Accordingly, Plaintiffs respectfully notify the Court and Settlement Class that the claims filing deadline will be February 17, 2026, which is the same deadline as requests for exclusions from Settlement Class Members (*i.e.*, 90 days of the date of the Court's November 18, 2025 Preliminary Approval Order). Plaintiffs will communicate this deadline to Settlement Class Members in the notice sent to the

Settlement Class Members as part of the Notice Plan, which the Settlement Administrator, A.B. Data, will launch on December 18, 2025. This deadline will also appear on the settlement website for this litigation. The February 17, 2026 claims filing deadline provides Settlement Class Members with ample time to submit a Proof of Claim and Release Form (to the extent necessary) and permits the Settlement Administrator to conclude the claims process and proceed with distribution of the Net Settlement Funds in a timely manner.

Should the Court require additional information, Plaintiffs are available at the Court's convenience.

Dated: December 10, 2025

Respectfully submitted,

/s/ Adam J. Zapala
Adam J. Zapala (*Pro Hac Vice*)
Elizabeth T. Castillo (*Pro Hac Vice*)
Christian S. Ruano (*Pro Hac Vice*)
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Road
Burlingame, CA 94010
Phone: (650) 697-6000
Fax: (650) 697-0577
azapala@cpmlegal.com
ecastillo@cpmlegal.com
cruano@cpmlegal.com

/s/ Daniel J. Walker
Daniel J. Walker (*Pro Hac Vice*)
**BERGER MONTAGUE PC**
1001 G Street, NW
Suite 400 East
Washington, DC 20001
Phone: (202) 559-9745
dwalker@bergermontague.com

Eric L. Cramer (PA Bar No. 69289)
Shanon Jude Carson (PA Bar No. 85957)
Michael J. Kane (PA Bar No. 73998)
Michaela L. Wallin (*Pro Hac Vice*)
J. Taylor Hollinger (PA Bar No. 332706)
**BERGER MONTAGUE PC**
1818 Market Street, Suite 3600

2

Philadelphia, PA 19103
Phone: (215) 875-4604
Fax: (215) 875–5707
ecramer@bergermontague.com
scarson@bergermontague.com
mkane@bergermontague.com
mwallin@bergermontague.com
thollinger@bergermontague.com

*Co-Lead Counsel for Plaintiffs and the Settlement Class*

## **CERTIFICATE OF SERVICE**

I, Elizabeth T. Castillo, hereby certify that on December 10, 2025, I caused a true and correct copy of the foregoing PLAINTIFFS' NOTICE REGARDING THE DEADLINE TO SUBMIT A PROOF OF CLAIM AND RELEASE FORM to be served by ECF Notification upon all counsel of record.

/s/ *Elizabeth T. Castillo*
Elizabeth T. Castillo