## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE GEISINGER SYSTEM SERVICES AND EVANGELICAL COMMUNITY HOSPITAL HEALTHCARE WORKERS ANTITRUST LITIGATION | No.: 4:21-cv-00196 (MWB)<br><br>Chief Judge Matthew W. Brann |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE OVERLENGTH BRIEF IN SUPPORT OF THE MOTION FOR AN AWARD OF ATTORNEYS' FEES, LITIGATION EXPENSES, AND <u>SERVICE AWARDS FOR THE CLASS REPRESENTATIVES</u>**

Plaintiffs Nichole Leib and Kevin Brokenshire ("Plaintiffs"), by and through their undersigned counsel, hereby request that the Court grant Plaintiffs leave to file an overlength brief in support of Plaintiffs' Motion for an Award of Attorneys' Fees, Litigation Expenses, and Service Awards for the Class Representatives.

Plaintiffs aver the following in support of this unopposed motion:

1. On October 3, 2025, Plaintiffs moved the Court for an order pursuant to Rule 23 of the Federal Rules of Civil Procedure, granting Plaintiffs' Motion for Certification of the Settlement Class, Preliminary Approval of the Settlements, Preliminary Approval of the Plan of Allocation, Approval of the Notice Plan, and Approval of the Proposed Schedule for Completing the Settlement Process ("Preliminary Approval Motion"). ECF Nos. 244, 246, 247 & 249.

2.      On October 22, 2025, Plaintiffs informed the Court that no party, non-party, or absent member of the proposed Settlement Class[1] had filed an opposition to the Preliminary Approval Motion. ECF No. 251.

3.      On November 18, 2025, the Court entered an Order preliminarily approving the Settlements, preliminarily certifying the Settlement Class, preliminarily approving the Plan of Allocation, approving the Notice Plan, and approving the proposed schedule for completing the Settlement process ("Order"). ECF No. 257.

4.      Pursuant to Paragraph 19(b) of the Order, Plaintiffs' counsel shall file by January 20, 2026 a motion for attorneys' fees, unreimbursed litigation costs and expenses, and service awards for the Class Representatives ("Motion"). ECF No. 257 at 9.

5.      Under Local Rule 7.8(b), all briefs shall be limited to 15 pages or 5,000 words absent Court approval. Any motion seeking such authorization shall specify the length of the briefings requested.

6.      Given the 10 factors that Plaintiffs must analyze in connection with determining what constitutes a reasonable percentage fee award, which are to be covered in Plaintiffs' forthcoming brief, Plaintiffs believe that all litigants and the

---

[1] All capitalized terms shall have the same definition ascribed to them in Plaintiffs' Preliminary Approval Motion. ECF No. 249.

Court will benefit from allowing Plaintiffs a 25 page limit for their Motion.

7.      Pursuant to Local Rule 7.1, Counsel for Defendants Geisinger System Services and Evangelical Community Hospital were informed of Plaintiffs' intent to seek leave to file an overlength brief. Defense counsel has not objected to this request.


**WHEREFORE**, Plaintiffs respectfully request that the Court enter an Order granting leave for Plaintiffs to file an overlength brief of up to 25 pages in support of Plaintiffs' motion for attorneys' fees, unreimbursed litigation costs and expenses, and service awards for the Class Representatives.

**DATE**: January 15, 2026                    Respectfully submitted,

*/s/ Adam J. Zapala*_____                    */s/ Taylor Hollinger*_____
Adam J. Zapala (*Pro Hac Vice*)               Eric L. Cramer (PA Bar No. 69289)
Elizabeth T. Castillo (*Pro Hac Vice*)        Shanon Jude Carson (PA Bar No. 85957)
Christian S. Ruano (*Pro Hac Vice*)           Michael J. Kane (PA Bar No. 73998)
**COTCHETT, PITRE &**                          Michaela L. Wallin (*Pro Hac Vice*)
**McCARTHY, LLP**                              J. Taylor Hollinger (PA Bar No. 332706)
840 Malcolm Road                              **BERGER MONTAGUE PC**
Burlingame, CA 94010                          1818 Market Street, Suite 3600
Phone: (650) 697-6000                         Philadelphia, PA 19103
Fax: (650) 697-0577                           Phone: (215) 875-4604
azapala@cpmlegal.com                          Fax: (215) 875-5707
ecastillo@cpmlegal.com                        ecramer@bergermontague.com
cruano@cpmlegal.com                           scarson@bergermontague.com
                                              mkane@bergermontague.com
                                              mwallin@bergermontague.com
                                              thollinger@bergermontague.com

                                              Daniel J. Walker (*Pro Hac Vice*)
                                              **BERGER MONTAGUE PC**
                                              1001 G Street NW, Suite 400 East
                                              Washington, DC 20001
                                              Phone: (202) 559-9745
                                              Fax: (215) 875-5707
                                              dwalker@bergermontague.com

*Interim Co-Lead Counsel for Plaintiffs and the Settlement Class*

## CERTIFICATE OF SERVICE

I, <u>Taylor Hollinger</u>, hereby certify that on this 15th day of January 2026, the above Motion was produced to all counsel of record via the Court's Case Management / Electronic Court Filing system.

<em>/s/ Taylor Hollinger</em>

<em>Counsel for Plaintiffs<br>and the Settlement Class</em>