# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE GEISINGER SYSTEM SERVICES AND EVANGELICAL COMMUNITY HOSPITAL HEALTHCARE WORKERS ANTITRUST LITIGATION | No.: 4:21-cv-00196 (MWB)<br><br>Chief Judge Matthew W. Brann |

## ORDER

**AND NOW**, this \_\_\_\_ day of January 2026, upon consideration of Plaintiffs' Motion For Leave To File Overlength Brief In Support of the Motion For an Award of Attorneys' Fees, Litigation Expenses, and Service Awards for the Class Representatives (the "Motion"), **IT IS HEREBY ORDERED** that the Motion is **GRANTED**.

Plaintiffs' forthcoming brief shall be limited to 25 pages.

BY THE COURT

_____
Matthew W. Brann
Chief United States District Judge