## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

IN RE GEISINGER SYSTEM
SERVICES AND EVANGELICAL
COMMUNITY HOSPITAL
HEALTHCARE WORKERS
ANTITRUST LITIGATION

No.: 4:21-cv-00196 (MWB)

Chief Judge Matthew W. Brann

## PLAINTIFFS' MOTION FOR AN AWARD OF ATTORNEYS' FEES, FOR REIMBURSEMENT OF EXPENSES, AND FOR <u>SERVICE AWARDS TO THE CLASS REPRESENTATIVES</u>

Plaintiffs[1] in the action *In re Geisinger Sys. Servs. And Evangelical Cmty. Hosp. Healthcare Workers Antitrust Litigation*, Case No. 4:21-cv-00196-MWB (M.D. Pa.) (the "Action"), hereby move for an order pursuant to Rule 23 of the Federal Rules of Civil Procedure:

1.      Granting Class Counsel's request for an award of attorneys' fees in the amount of 33.33% of the Settlement Fund plus interest on the fee award (*i.e.*, 28.5 million * .3333 = $9,499,050 plus 33.33% of the accrued interest).

2.      Granting Class Counsel's request for reimbursement of their reasonable litigation expenses incurred in the prosecution of the Action, totaling

---

[1] Unless otherwise defined herein, all capitalized terms have the same meanings set forth in the accompanying Memorandum of Law In Support of Plaintiffs' Motion for an Award of Attorneys' Fees, for Reimbursement of Expenses, and for Service Awards to the Class Representatives filed concurrently with this motion.

$2,702,804.95.

     3.     Granting Class Counsel's request for service awards for the two Class Representatives in the amount of $10,000 for each Class Representative.

     WHEREFORE, for the reasons set forth in the accompanying memorandum of law, supporting Supplemental Declaration, and all exhibits filed in support of this motion, Plaintiffs respectfully request that the Court grant this motion and enter the proposed Order filed herewith.

**DATE**: January 20, 2026

Respectfully submitted,

/s/ Adam J. Zapala
Adam J. Zapala (*Pro Hac Vice*)
Elizabeth T. Castillo (*Pro Hac Vice*)
Christian S. Ruano (*Pro Hac Vice*)
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Road
Burlingame, CA 94010
Phone: (650) 697-6000
Fax: (650) 697-0577
azapala@cpmlegal.com
ecastillo@cpmlegal.com
cruano@cpmlegal.com

/s/ Daniel J. Walker
Daniel J. Walker (*Pro Hac Vice*)
**BERGER MONTAGUE PC**
1001 G Street NW, Suite 400 East
Washington, DC 20001
Phone: (202) 559-9745
Fax: (215) 875-5707
dwalker@bergermontague.com

Eric L. Cramer (PA Bar No. 69289)
Shanon Jude Carson (PA Bar No. 85957)
Michael J. Kane (PA Bar No. 73998)
Michaela L. Wallin (*Pro Hac Vice*)
J. Taylor Hollinger (PA Bar No. 332706)
**BERGER MONTAGUE PC**
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Phone: (215) 875-4604
Fax: (215) 875-5707
ecramer@bergermontague.com
scarson@bergermontague.com
mkane@bergermontague.com
mwallin@bergermontague.com
thollinger@bergermontague.com

*Interim Co-Lead Counsel for Plaintiffs and the Settlement Class*

## CERTIFICATE OF SERVICE

I, Daniel J. Walker, hereby certify that on January 20, 2026, I caused to be filed a true and correct copy of the foregoing Motion for an Award of Attorneys' Fees, for Reimbursement of Expenses, and for Service Awards to the Class Representatives with the Court's Case Management/Electronic Case Filing System and thereby served upon all counsel of record in this matter.

*/s/ Daniel J. Walker*
Daniel J. Walker