# EXHIBIT 3

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE GEISINGER SYSTEM SERVICES AND EVANGELICAL COMMUNITY HOSPITAL HEALTHCARE WORKERS ANTITRUST LITIGATION | No. 4:21–cv–00196<br><br>Chief Judge Matthew W. Brann |

**DECLARATION OF FINE, KAPLAN AND BLACK, R.P.C.
IN SUPPORT OF PLAINTIFFS' MOTION FOR
AN AWARD OF ATTORNEYS' FEES, LITIGATION EXPENSES,
<u>AND SERVICE AWARDS FOR THE CLASS REPRESENTATIVES</u>**

I, Gerard A. Dever, declare as follows:

1.  I have personal knowledge of the facts and circumstances set forth herein. If called upon as a witness, I would be competent to testify to these matters.

2.  I am a Member of the law firm Fine, Kaplan and Black, R.P.C. ("Fine Kaplan").

3.  My firm served as counsel for Plaintiffs in the Action, working under the direction of Lead Counsel. The schedule attached as Exhibit A is a true and correct summary identifying the attorneys, paralegals, and other professional staff who have worked on this case; the number of hours each of those individuals worked; each of their current hourly billing rates; and their respective lodestar values at current rates. The schedule attached as Exhibit A sets forth my firm's total hours and lodestar at current rates from inception of the case through and including December 31, 2025. This schedule was prepared from contemporaneous, daily time records prepared and maintained by my firm. In connection with representing the Plaintiffs in the case, my firm did the following:

- Filed a second complaint on February 12, 2021 on behalf of Plaintiff Jessica Sauer;
- Identified non-parties likely to have relevant documents, drafted subpoenas and handled meet and confers relating to responses to subpoenas;

- Reviewed nonparty productions and prepared examination outlines tailored to each witness's role;

- Deposed several non-party and party witnesses. These depositions provided information and evidence relevant to the alleged anticompetitive practices, as well as relevant context regarding recruitment practices, compensation consulting, and human resources services that informed Plaintiffs' claims and expert analysis;

- Conducted legal research on a variety of issues in the case; and

- Reviewed thousands of pages of responsive documents produced by Defendants.

4. The lodestar amount reflected in Exhibit A reflects 3,471.20 hours of work and amounts to $2,138,928.50 at current rates. It reflects work performed by attorneys and professional staff at my firm for the benefit of the Settlement Class. The hourly rates for the attorneys and professional staff in my firm reflected in Exhibit A are the usual and customary hourly rates used by my firm for the professionals in question on other cases, matters, and/or clients. My firm's work on this case was performed on a wholly contingent basis.

5. My firm has expended a total of $1,130.16 in unreimbursed costs and expenses in connection with the prosecution of this matter from inception of the case through and including December 31, 2025. These expenses are set forth in the

attached Exhibit B and are reflected on the books and records of my firm. They were incurred on behalf of the Settlement Class by my firm and have not been reimbursed.

6.  I declare that the foregoing is true and correct pursuant to 28 U.S.C. § 1746. Executed on January 7, 2026, in Philadelphia, Pennsylvania.

                                       */s/ Gerard A. Dever*
                                       Gerard A. Dever
                                       Fine, Kaplan and Black, R.P.C.
                                       One South Broad Street, 23rd Floor
                                       Philadelphia, PA 19107
                                       215-567-6565
                                       gdever@finekaplan.com

# EXHIBIT A

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE GEISINGER SYSTEM SERVICES AND EVANGELICAL COMMUNITY HOSPITAL HEALTHCARE WORKERS ANTITRUST LITIGATION | No. 4:21–cv–00196<br><br>Chief Judge Matthew W. Brann |

**EXHIBIT A TO THE DECLARATION OF FINE, KAPLAN AND BLACK, R.P.C. IN SUPPORT OF PLAINTIFFS' MOTION FOR AN AWARD OF ATTORNEYS' FEES, FOR REIMBURSEMENT OF EXPENSES, AND FOR SERVICE AWARDS FOR THE CLASS REPRESENTATIVES**

**Reported Total Hours and Lodestar**
Inception through December 31, 2025

| NAME | POSITION | HOURS | RATE | LODESTAR |
|---|---|---|---|---|
| Roberta Liebenberg | P | 8.8 | $1,375 | $12,100.00 |
| Gerard Dever | P | 86.7 | $975 | $84,532.50 |
| Mary Russell | SC | 573.5 | $725 | $415,787.50 |
| Joseph Borgia | A | 669.2 | $600 | $401,520.00 |
| Rachel Sommer | A | 19.3 | $750 | $14,475.00 |
| Robert Larsen | OC | 2,083.3 | $575 | $1,197,897.50 |
| Allyson Katzman | PL | 29.6 | $415 | $12,284.00 |
| Susan Hufnagel | PL | .8 | $415 | $332.00 |
| | | | | |
| | | | | |
| **TOTAL** | | **3,471.2** | | **$2,138,928.50** |

**Role Legend**
P      Partner
SC    Senior Counsel
OC    Of Counsel
A      Associate

i

R    Research Specialist
PL   Paralegal
LA   Legal Assistant

# EXHIBIT B

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE GEISINGER SYSTEM SERVICES AND EVANGELICAL COMMUNITY HOSPITAL HEALTHCARE WORKERS ANTITRUST LITIGATION | No. 4:21–cv–00196<br><br>Chief Judge Matthew W. Brann |
|---|---|

**EXHIBIT B TO THE DECLARATION OF<br>FINE, KAPLAN AND BLACK, R.P.C.<br>IN SUPPORT OF PLAINTIFFS' MOTION FOR AN AWARD OF<br>ATTORNEYS' FEES, FOR REIMBURSEMENT OF EXPENSES, AND<br>FOR SERVICE AWARDS FOR THE CLASS REPRESENTATIVES**

**Reported Expenses on Behalf of Plaintiffs**
Inception through December 31, 2025

| Category | Amount |
|---|---:|
| Photocopying | $0.00 |
| Service of Process | $147.00 |
| Computer Research | $979.06 |
| Court Fees (filings, etc.) | $4.10 |
| Court Reports/Transcripts | $0.00 |
| Telephone/Fax | $0.00 |
| Postage | $0.00 |
| Overnight Delivery/Messengers | $0.00 |
| Expert Fees | $0.00 |
| Witness/Service Fees | $0.00 |
| Travel: Air Transportation, Ground Travel, Meals, Lodging, etc. | $0.00 |
| Database Hosting Services | $0.00 |
| Co-Counsel Fees | $0.00 |
| Outside Contractor | $0.00 |
| Publication | $0.00 |
| Miscellaneous | $0.00 |

|  | Total | $1,130.16 |
|---|---:|---:|