# EXHIBIT 4

Case 4:21-cv-00196-MWB    Document 262-4    Filed 01/20/26    Page 1 of 10

# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE GEISINGER SYSTEM SERVICES AND EVANGELICAL COMMUNITY HOSPITAL HEALTHCARE WORKERS ANTITRUST LITIGATION | No. 4:21–cv–00196<br><br>Chief Judge Matthew W. Brann |

**DECLARATION OF SCHNADER HARRISON SEGAL & LEWIS LLP
IN SUPPORT OF PLAINTIFFS' MOTION FOR
AN AWARD OF ATTORNEYS' FEES, LITIGATION EXPENSES,
<u>AND SERVICE AWARDS FOR THE CLASS REPRESENTATIVES</u>**

I, Ira Neil Richards, declare as follows:

1. I have personal knowledge of the facts and circumstances set forth herein. If called upon as a witness, I would be competent to testify to these matters.

2. I was a partner in the law firm Schnader Harrison Segal & Lewis LLP ("Schnader") until its dissolution in August 2023.

3. Schnader served as counsel for Plaintiffs in the Action, working under the direction of Lead Counsel. The schedule attached as Exhibit A is a true and correct summary identifying the attorneys who worked on this case; the number of hours each of those individuals worked; each of their hourly billing rates as of August 2023; and their respective lodestar values at those rates. The schedule attached as Exhibit A sets forth Schnader's total hours and lodestar at those rates from inception of the case through and including August 2023. This schedule was prepared from contemporaneous, daily time records prepared and maintained by Schnader. Schnader served as local counsel/co-counsel in this Court for Fine Kaplan & Black. In that regard, Schnader worked on preparing and filing a complaint in this matter in the Court, assisting co-counsel with filing and service, and consulting as needed by co-counsel.

4. The lodestar amount reflected in Exhibit A reflects 10.90 hours of work and amounts to $9,729.50 at August 2023 rates. It reflects work performed by attorneys at Schnader for the benefit of the Settlement Class. The hourly rates for

the attorneys at Schnader reflected in Exhibit A are the usual and customary hourly rates used by Schnader for the professionals in question on other cases, matters, and/or clients. Schnader's work on this case was performed on a wholly contingent basis.

5. Schnader expended a total of $552.00 in unreimbursed costs and expenses in connection with the prosecution of this matter from inception of the case through August 2023. These expenses are set forth in the attached Exhibit B and are reflected on the books and records of Schnader. They were incurred on behalf of the Settlement Class by Schnader and have not been reimbursed.

6. I declare that the foregoing is true and correct pursuant to 28 U.S.C. § 1746. Executed on January 7, 2026 in Philadelphia, Pennsylvania.

*/s/Ira Neil Richards*
Ira Neil Richards

# EXHIBIT A

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE GEISINGER SYSTEM SERVICES AND EVANGELICAL COMMUNITY HOSPITAL HEALTHCARE WORKERS ANTITRUST LITIGATION | No. 4:21–cv–00196<br><br>Chief Judge Matthew W. Brann |
|---|---|

**EXHIBIT A TO THE DECLARATION OF SCHNADER HARRISON SEGAL & LEWIS IN SUPPORT OF PLAINTIFFS' MOTION FOR AN AWARD OF ATTORNEYS' FEES, FOR REIMBURSEMENT OF EXPENSES, AND FOR
SERVICE AWARDS FOR THE CLASS REPRESENTATIVES**

**Reported Total Hours and Lodestar**
Inception through August 31, 2023

| NAME | POSITION | HOURS | RATE | LODESTAR |
|---|---|---|---|---|
| Ira Neil Richards | P | 8.80 | 1,040.00 | $9,152.00 |
| Layal Issa Ramirez | A | 2.10 | 275.00 | $577.50 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
| **TOTAL** |  | 10.90 |  | **$9,729.50** |

**Role Legend**
 P  Partner
 SC  Senior Counsel
 OC  Of Counsel

i

A Associate
R Research Specialist
PL Paralegal
LA Legal Assistant

# EXHIBIT B

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE GEISINGER SYSTEM SERVICES AND EVANGELICAL COMMUNITY HOSPITAL HEALTHCARE WORKERS ANTITRUST LITIGATION | No. 4:21–cv–00196<br><br>Chief Judge Matthew W. Brann |

**EXHIBIT B TO THE DECLARATION OF
SCHNADER HARRISON SEGAL & LEWIS
IN SUPPORT OF PLAINTIFFS' MOTION FOR AN AWARD OF
ATTORNEYS' FEES, FOR REIMBURSEMENT OF EXPENSES, AND
FOR <u>SERVICE AWARDS FOR THE CLASS REPRESENTATIVES</u>**

**Reported Expenses on Behalf of Plaintiffs**
Inception through August 31, 2023

| Category | Amount |
|---|---:|
| Photocopying | |
| Service of Process | |
| Computer Research | |
| Court Fees (filings, etc.) | $552.00 |
| Court Reports/Transcripts | |
| Telephone/Fax | |
| Postage | |
| Overnight Delivery/Messengers | |
| Expert Fees | |
| Witness/Service Fees | |
| Travel: Air Transportation, Ground Travel, Meals, Lodging, etc. | |
| Database Hosting Services | |
| Co-Counsel Fees | |
| Outside Contractor | |
| Publication | |
| Miscellaneous | |

|  | **Total** | $552.00 |
|---|---:|---:|