## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

IN RE GEISINGER SYSTEM
SERVICES AND EVANGELICAL
COMMUNITY HOSPITAL
HEALTHCARE WORKERS
ANTITRUST LITIGATION

No.: 4:21-cv-00196 (MWB)

Chief Judge Matthew W. Brann

## PLAINTIFFS' UNOPPOSED MOTION
## FOR LEAVE TO FILE OVERLENGTH BRIEF
## IN SUPPORT OF MOTION FOR
## FINAL APPROVAL OF THE SETTLEMENTS

Plaintiffs Nichole Leib and Kevin Brokenshire ("Plaintiffs"), by and through

their respective undersigned counsel, hereby request that the Court grant Plaintiffs

leave to file an overlength brief in support of Plaintiffs' motion for final approval

of the Settlements.

Plaintiffs aver the following in support of this unopposed motion:

1.      On November 18, 2025, the Court entered an Order preliminarily

approving the Settlements, preliminarily certifying the Settlement Class,

preliminarily approving the Plan of Allocation, approving the Notice Plan, and

approving the proposed schedule for completing the Settlement process ("Order").

Dkt. 257.

2.      Pursuant to Paragraph 19(g) of the Order, Plaintiffs' counsel shall file

by March 10, 2026 a motion for final approval of the Settlements ("Motion"). Dkt.

257 at 10.

3.     Under Local Rule 7.8(b), all briefs shall be limited to 15 pages or 5,000 words absent Court approval. Any motion seeking such authorization shall specify the length of the briefings requested.

4.     Given the complexity and importance of the issues to be covered in Plaintiffs' brief in support of the motion for final approval of the Settlements, including the various factors pursuant to Federal Rule of Civil Procedure 23(e), *Girsh v. Jepson*, 521 F.2d 153, 156-57 (3d Cir. 1975), and *In re Prudential Ins. Co. Am. Sales Prac. Litig. Agent Actions*, 148 F.3d 283, 323 (3d Cir. 1998), Plaintiffs believe that all parties and the Court will benefit from allowing Plaintiffs up to a 50 page limit for such Motion.

5.     Pursuant to Local Rule 7.1, Counsel for Defendants Geisinger System Services and Evangelical Community Hospital were informed of Plaintiffs' intent to seek leave to file an overlength brief. Defense counsel has not objected to this request.

**WHEREFORE**, Plaintiffs respectfully request that the Court enter an Order granting leave for Plaintiffs to file an overlength brief of up to 50 pages in support of Plaintiffs' motion for final approval of the settlements.

**DATE**: March 6, 2026

Respectfully submitted,

*/s/ Christian S. Ruano*
Adam J. Zapala (*Pro Hac Vice*)
Elizabeth T. Castillo (*Pro Hac Vice*)
Christian S. Ruano (*Pro Hac Vice*)
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Road
Burlingame, CA 94010
Phone: (650) 697-6000
Fax: (650) 697-0577
azapala@cpmlegal.com
ecastillo@cpmlegal.com
cruano@cpmlegal.com

*/s/ Taylor Hollinger*
Eric L. Cramer (PA Bar No. 69289)
Shanon Jude Carson (PA Bar No. 85957)
Michael J. Kane (PA Bar No. 73998)
Michaela L. Wallin (*Pro Hac Vice*)
J. Taylor Hollinger (PA Bar No. 332706)
**BERGER MONTAGUE PC**
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Phone: (215) 875-4604
Fax: (215) 875-5707
ecramer@bergermontague.com
scarson@bergermontague.com
mkane@bergermontague.com
mwallin@bergermontague.com
thollinger@bergermontague.com

Daniel J. Walker (*Pro Hac Vice*)
**BERGER MONTAGUE PC**
1001 G Street NW, Suite 400 East
Washington, DC 20001
Phone: (202) 559-9745
Fax: (215) 875-5707
dwalker@bergermontague.com

*Interim Co-Lead Counsel for Plaintiffs and the Settlement Class*

3

## CERTIFICATE OF SERVICE

I, <u>Christian S. Ruano</u>, hereby certify that on this 6th day of March 2026, the above Motion was produced to all counsel of record via the Court's Case Management / Electronic Court Filing system.

<u>*/s/ Christian S. Ruano*</u>
Counsel for Plaintiffs
and the Settlement Class
