# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE GEISINGER SYSTEM SERVICES AND EVANGELICAL COMMUNITY HOSPITAL HEALTHCARE WORKERS ANTITRUST LITIGATION | No.: 4:21-cv-00196 (MWB)<br><br>Chief Judge Matthew W. Brann |

## ORDER

**AND NOW**, this 10th day of March 2026, upon consideration of Plaintiffs' Unopposed Motion For Leave To File Overlength Brief In Support of Motion For Final Approval of the Settlements (the "Motion"), **IT IS HEREBY ORDERED** that the Motion is **GRANTED**. Plaintiffs' upcoming brief in support of the Motion for Final Approval of the Settlements shall be limited to 50 pages.

BY THE COURT

*s/ Matthew W. Brann*
_____
Matthew W. Brann
Chief United States District Judge