# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE GEISINGER SYSTEM SERVICES AND EVANGELICAL COMMUNITY HOSPITAL HEALTHCARE WORKERS ANTITRUST LITIGATION | No. 4:21–cv–00196<br><br>Chief Judge Matthew W. Brann |

**PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENTS**

Plaintiffs Nichole Leib and Kevin Brokenshire in *In re Geisinger Sys. Servs. And Evangelical Cmty. Hosp. Healthcare Workers Antitrust Litigation*, Case No. 4:21-cv-00196-MWB (M.D. Pa.) (the "Action"), hereby move the Court, pursuant to Federal Rule of Civil Procedure ("Rule") 23, for entry of an order granting final approval of the Settlements with Defendants Geisinger System Services and Evangelical Community Hospital (collectively, "Defendants"), specifically:

1. finding that the Settlements are fair, reasonable, and adequate within the meaning of Rule 23(e) and directing their consummation pursuant to their terms;

2. certifying the Settlement Class under Rule 23 and finding all such prerequisites met in this regard;

3. finding that the notice provided to the Settlement Class constitutes due, adequate, and sufficient notice and satisfies Rule 23 and due process;

4. approving the Plan of Allocation as fair and reasonable;

5. approving the release of claims set forth in the Settlements as binding and effective on all Settlement Class Members who did not timely request exclusion;

6. directing that final judgment be entered dismissing the claims against Defendants with prejudice;

7. reserving exclusive and continuing jurisdiction over the administration and enforcement of the Settlements; and

8. Granting such other and further relief as the Court deems just and proper.

This motion is based on the accompanying Memorandum of Law; the Joint Declaration of Eric L. Cramer and Adam J. Zapala; the Declaration of Markeita Reid of A.B. Data and exhibits thereto; the pleadings and other documents on file in this Action; and any argument that may be presented to the Court.

Pursuant to Local Rule 7.1, Counsel for Defendants Geisinger System Services and Evangelical Community Hospital do not object to Plaintiffs filing this Motion for Final Approval of the Class Action Settlements.

Dated: March 10, 2026                     Respectfully submitted,

/s/ *Adam J. Zapala*                      /s/ *Eric L. Cramer*
Adam J. Zapala (*Pro Hac Vice*)           Eric L. Cramer (PA Bar No. 69289)
Elizabeth T. Castillo (*Pro Hac Vice*)    Shanon Jude Carson (PA Bar No. 85957)
Christian S. Ruano (*Pro Hac Vice*)       Michael J. Kane (PA Bar No. 73998)
**COTCHETT, PITRE &**                     Michaela L. Wallin (*Pro Hac Vice*)
   **McCARTHY, LLP**        J. Taylor Hollinger (PA Bar No. 332706)
840 Malcolm Road                          **BERGER MONTAGUE PC**
Burlingame, CA 94010                      1818 Market Street, Suite 3600
Phone: (650) 697-6000                     Philadelphia, PA 19103
Fax: (650) 697-0577                       Phone: (215) 875-4604
azapala@cpmlegal.com                      Fax: (215) 875–5707
ecastillo@cpmlegal.com                    ecramer@bergermontague.com

| | |
|---|---|
| cruano@cpmlegal.com | scarson@bergermontague.com |
| | mkane@bergermontague.com |
| | mwallin@bergermontague.com |
| | thollinger@bergermontague.com |
| | |
| | Daniel J. Walker (*Pro Hac Vice*) |
| | **BERGER MONTAGUE PC** |
| | 1001 G Street, NW |
| | Suite 400 East |
| | Washington, DC 20001 |
| | Phone: (202) 559-9745 |
| | dwalker@bergermontague.com |

## CERTIFICATE OF SERVICE

I, Adam J. Zapala, hereby certify that on March 10, 2026, I filed a true and correct copy of the foregoing Plaintiffs' Motion for Final Approval of the Class Action Settlements with the Court's Case Management/Electronic Case Filing System and thereby served upon all counsel of record in this matter.

/s/ *Adam J. Zapala*
Adam J. Zapala